Case: 1:25−cv−00112
Assigned To : Unassigned
Assign. Date : 1/15/2025
Description: Pro Se Gen. Civ. (F−DECK)

Petition for Greivances

Requested to be filed as anonymous

The following pages are orderly and typed.

for

Executive, Legistative

and

Judicid branches

RECEIVED

JAN 1 5 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1   First, Thank you for the time and consideration. Requests of this document are not

2   for only review, but also reply. Its understood time's valuable, so I'll save you what I can

3   now, and take more later.

4   This petition's not only for Elect to respond, The Public's encouraged also, If

5   you're either and would like to post a reply to this docket, please refer to the section titled

6   **ELECT AND PUBLIC REPLY**.

7   The Issues of this filing and the Sign, Flyer or Communications that brought you

8   to this petition are listed following this brief introduction.

9   The purpose of this redressing is to make understood the deprivations Americans

10   of poverty are facing in the legal system and offer solutions, intended to improve the

11   wellbeing and wellfare of our nation and facilitate civic engagement, by increasing access

12   to use of the justice system. To encourage peace and prosperity. The issues are not just

13   federal, they are state issues as well. But the Federal government having power to endow

14   the people with these rights to resolve these deprivations can do both in one; If I am

15   correct. Why a sign in front of the White House, Congress, Supreme Court and other

16   locations, is because its the only option to offer swift response, while opportunity still

17   presents.

18   These issues come from a life of experiences, by myself, people I knew and know,

19   new and old research. Lacking confidence to address these issues was cause for them

20   going unaddressed, failure likely resulting in further deprivation and potentially exposing

21   what little peace was had...

22   After alternative attempts to no avail, attempts to present ideas indirectly, in

23   passing, to propose leading issues and now in the lesser, issues still present

24   unacknowledged and unrighted and so presented now to you. Begging understanding and

25   aid for the American people and myself.

1    If the views or points of the sign, flyers or communications left you with concern
2    of beliefs or intent, please count it up to lack of articulation.

3    The research was simple, phone calls, questions, online and in person inspection.

4    These issues are Ethical and Ideological ones, the solutions are reasoning
5    conclusions, mostly.  Not asking why the problems still exist, instead, asking you
6    consider where a persons entitlement to existence lies, investing in increased
7    entitlements, because happiness encourages;

8    Healthy spirits express and create with greater clarity in union than individuals
9    clouded in division and conflict. Im asking for increased facilitation of justice, To
10    empower entitlement to exist; To prevent oppression from overtaking opportunity, and
11    correct course accordingly.

12    These requests are simple things, knowledge; and the ability to exercise it.

13    To provide law books that give an American the ability to retain what every
14    human empowered seeks, existence free from injury, be it everlasting life or a moment
15    of philosophical pondering. To allow the courts to grant compensation to the poorest of
16    our nation when injured and free communities of corruption.

17    Four issues are at matter greatly, the first III, I ask for works or vow on now.
18    The others are likely either simple matters of research and pen, or ponderings of
19    governance which require knowledge and experience beyond my own, considerations
20    of possibility. In the event of belief of great burden resulting from these first VII
21    matters. I ask you state so; that I can take leave.

22

23    Respectfully

24

25

**ISSUES**

**I.**    COURT LAW LIBRARY INACCESSABILITY PREVENTING AND HINDERING LAW RESEARCH AND LITIGATION. (FEDERAL AND STATE) [asking access be an entitlement of law]    6

**II.**    RESTRICTED DOCKET ACCESS PREVENTING LAW RESEARCH AND LITIGATION. (FEDERAL AND STATE) [ asking for waivers of fees preventing the poor from effective litigation.]    7

**III.**    LACK OF A STANDARD AND PROVIDED EDUCATIONAL MATERIALS TO FACILITATE LITIGATION PRACTICE BY PRO SE LITIGANTS.    9 (FEDERAL AND STATE) [asking for creation of a standard and required holdings of legal texts for all federal and state court jurisdictions, to ensure fair effective litigation.]

**IV.**    DEPOSITION ACCESS FOR PRO SE LITIGANTS. (FEDERAL) Fed. civil rules have made deposing a costly matter inaccessible to poor pro-se litigants.    12 [asking for court rule changes to ensure depositions are an accessible litigation tool.]

**V.**    THE UNSEALED INFORMA POPERUS FORM.    13 A demeaning endangering exposure of private personal info. Bank Accounts, Amounts, Credits, Debts, property owned by pro-se litigants and their work / private affairs. (FEDERAL AND STATE) [asking these forms are required to be filed under seal]

**VI.**    VICTIMS SERVICES: Current shortfalls to heal the injured and future possibilities. (FEDERAL AND STATE) [ Explaining to the public, that victims services doesn't assist at a set level of standards or provide civil representation.]    14

**VII.**    LACK OF REPRESENTATION FOR CIVIL LITIGANTS OF SEVERE INJURY AND MENTAL\ DISABILITY. (FEDERAL AND STATE)    17 [asking for research and law to establish a right to justice for those who are ill beyond ability to protect themselves and obtain compensation when injured.]

4

**VIII.** QUALIFIED IMMUNITY WITHOUT INSURANCE:

Easing burdens,repairing injury, retaining respect.

[asking for research to determine what areas of law enforcement insurance can be offered

to repair injuries and damages occuring during the performance of duty.]

**IX.**    A LACK OF PUBLIC FORUM TO DISCUSS AND RESOLVE ISSUES OF

PUBLIC WORRY AND CRIME OVERFLOW UNADDRESSED.

(FEDERAL, STATE, LOCAL)

[asking for consideration that research be considered, for government or private entities

to create an orderly open public forum for people to address issues of government, crime,

need and wishes.]

      **X.**     PERCEPTIONS , INJURIES, and INTENT
            [a few brief statements]

      **XI.**    ELECT AND PUBLIC: HOW TO REPLY
            [a detailing of the preferred reply method]

      **XII.**   CONTACT INFO

12 POINTS IN TOTAL //

//

//

I. **COURT LAW LIBRARY INACCESSABILITY PREVENTING AND HINDERING LAW RESEARCH AND LITIGATION. (FEDERAL AND STATE)**

The other Issues are not as rough as this first issue, It is the simplest. State research has not been completed, However the issue focus is federal courts. Where the right to equal, meaningful, convenient access to the court law libraries was not or is no longer present. The ask is for assistance, an executive order or legislation to ensure not only federal courts, but states as well be required: to provide equal, meaningful and convenient access to the law libraries and materials needed to perform educational research, pre-claim drafting research and litigation function research.

This is asked because there are several federal courthouses who did or have restricted access to law libraries, It may have been an issue of covid in some instances, But I am told the practice existed pre-covid.

In this instance the Federal courts have allowed citizen Federal Bar Member lawyers and attorneys access to the services they provide (*Computers with Pacer Docket access, Caselaw, Books and subscription services to WestLaw, Lexis Nexis, and others*), and disallowed public citizen access. The practice prevents, frustrates litigation and in some cases may defeat successful litigation, Making protecting the rights to which an American is entitled; a task that's impossible. As worriesome, is that it shows bias favor for Bar attorneys who are opponents of self represented pro-se litigants.

The courts libraries are the only entities in our nation providing the poor access to materials for legal education and litigation functions. Without them, there are no rights to justice or equality for the unrepresented.

So you are being asked to entitle the right to public equal, convenient, meaningful access to Federal and State court law libraries during all court open hours/ and events where bar attorneys have access.

1  or in the event where the right was established by some caselaw similar to [Bounds v.

2  Smith (1977)], initiate a DOJ investigation.

3  Research performed to be filed in future or on request.

4  **II. RESTRICTED DOCKET ACCESS PREVENTING LAW RESEARCH**

5  **AND LITIGATION. (FEDERAL "focus"AND STATE)**

6  THE CONCEPT THE LAW SHALL BE ENFORCED, BUT A PERSON HAS NO ENTITLEMENT TO KNOW IT, SEEMS UNCONSTITUTIONAL.

7  **[Asking courts be required to offer forms to waive fees for poor litigants.]**

8  Severe cost issues are present. First, The federal courts which provide waivers for

9  poor litigants who cant afford the $400 filing fees; does not provide as a general known

10  offering waivers for the poor who can not afford [1]Pacer.gov retrieval fees. Costs can be

11  several hundred dollars or more, much more. More than a poor litigant can afford.

12  The ability to review dockets from case law for educational and <u>litigation research</u>

13  purposes is essential to understanding and using the court system. With no standard form of

14  how to draft claims or example situations and responses being available in the books

15  commonly offered when law libraries are accessible; a self represented litigant must model

16  their filings on already existing ones. ( [2]*equivalents to the educational books, such as those*

17  *offered to law students are not provided, one cause for request of Issue III.*)

18  This means a researcher/litigant must  **A.)** search through texts of case law opinions to

19  find similar cases (*searching by date in some instances*) This is done in law libraries,

20  (*state county law libraries*) when accessible   and then    **B.)** retrieve those dockets, to

21  review how a successful claim was written, it is by no means an explaining of how the

22  elements of the law violations are met, and often requires repeated docket searches and

23  retrievals to produce a reliable result or the hope of entitlement.  Imagine playing Nintendo

24  text games for your life, while disoriented, in severe pain and sorrow. *A.B.A.B.A.B.A.B.A.B.*.

25  While wondering if there is something you didn't see.

1. Pacer.gov is a government website hosting case dockets of the federal courts from the 1990's to the present. Times vary from circuit to circuit and district, when they began using the pacer filing system.   2. The gaps in understanding a professor fills, are not in these books.

7

1    Thats how unrepresented litigants perform legal research and document drafting.

2  The task like this explanation is tedious and can be costly, hundreds to thousands. Because

3  Pacer fees for docket searches each cost several dollars to retrieve,  ... after a docket search

4  is performed, there is a fee for each page of the document requested (at .10 cents per page

5  with a cap at $3.00). ($12 max per instance of review, with pro-se's hitting dockets like shots

6  at closing time.)

7    [1.] For docket retrieval of non pacer paper dockets existing prior to 1990's when

8  federal courts started using pacer, costs are much higher, with per page printing at .50 cents

9  and no caps. A group of entries,  of 200 pages cost $100 and older dockets must be retrieved

10  from archives at fees that can be more than $100 to pull a single case docket *(before the*

11  *several docket entries can be reviewed and copied)*. Paper docket retrieval and copy fees are

12  not waived, to my knowledge.

13    The result is research / litigation  thats impossible for the poor. Courts do waive

14  pacer fees for university students, and select requests, but the poor researcher looking to

15  draft claim is not informed of this as standard practice or usually available form request.

16  **So its being asked, for the facilitation of justice,** That just as claim filing fees are waived,

17  <u>**The courts shall also be required to offer forms to waive pacer fees for poor litigants.**</u> [1.]

18  <u>**That also the courts research to determine how it can offer paper docket fee waivers.**</u>

19

20    Lastly, these documents are public record of law, necessary in understanding the law,

21  in adherence and practice. Requiring any person to pay a fee to understand their

22  responsibility and protect their rights for the betterment of themselves and the community, it

23  seems in opposition to civil or Constitutional rights, being restrictive of freedom. A burden

24  to community wellbeing. <u>**The concept the law shall be enforced, but a person has no**</u>

25  <u>**entitlement to**</u> <u>know it, is not American.</u>

---

1. It would possibly be cheaper and more productive to have the documents scanned and uploaded to pacer and court archive storage, than to have employees scan and print copies repeatedly.

**III.** STATE AND FEDERAL COURTS,  LAW LIBRARIES HAVE NO STANDARD OF REQUIRED INFO AND EDUCATIONAL MATERIALS.

[asking for creation of legal texts, a standard of and required library holdings for all federal and state court jurisdictions, to satisfy and focus on the needs of poor litigants; without access to legal representation or funding to purchase books that come to be of no use. To educate and ensure the fair practice of the law and dispensing of justice.]

Of the several libraries of the nations courts, federal and state; Only general instruction of court processes, sporadic books, court opinions and select dockets are offered. Which makes performing litigation an uncertain guessing game for the unrepresented. This lack of educational materials to explain the orderly method and form of researching, drafting legal documents and performing litigation practices that legal professionals and the courts use results in numerous amendment filings, failures to state claim, unsuccessful litigation and burdens for courts and communities.

It prevents or reduces service of justice, where courts: 1. Dont grant compensation, despite clear injury and law violations, and 2. Further an injured parties injury with fees and fines, granting victimizers awards and their lawyers fees.

What could be more harmful to a civil society?

Again intent is not to blame, or seek injudicious accountability, You are being asked, have mercy upon those who you govern and serve. But it must be said, so you get the perspective, that is not often spoken in polite society for fear of reproach; What is understood among the poor is not the practice of law, its that the legal system is of no help.  Depriving the injured and creating further injury. The cause of weeping torments,,

The Executive, Congressional and Judicial branches along with the legal communities of the nation and the people, are being asked to find solution for these deprivations of justice.

For elect and official to begin research, to select existing texts and create texts where public need and judiciary statement is expressed, To collect existing case law and docket entries for atleast common cases and create texts that educate the public in the proper practices of civil litigation, to eliminate any and all barriers to justice that present, to ensure that in event of injury, there exists ability and certainty in the processes to obtain compensation by legal means and judicial services.

The following are areas of specific issue, which cause injured parties to

1. Never bring or report claims
2. cause court and party burden; and
3. defeat succsessful litigation

It is a self represented, perspective, not that of a legal professional, who will likely reorder and add to it. The current providings, are not requirement or fully encompassing of constitutional or civil laws. Neither the language or the case law of private printings used is selected by the judiciary, its chosen by the publisher and the text may have been purchased by a law librarian, not a legal scholar.-

-STANDARD TEXTS OF CIVIL/COMMON LAWS AND ELEMENTS IN EFFECT-

-SEVERAL HOW TO MANUALS-

-CONDUCT PRE-CLAIM DISCOVERY [using legal means to obtain evidence before spoliation]-

-ORGANIZING DISCOVERY AND CLAIM INFORMATION-

-PERFORM CLAIM RESEARCH [The orderly and methodical process used by legal professionals, not the guessing game of hopeless searching and asking around that is currently pro-se practice]-

1  text of

2  -TESTS AND STANDARDS OF THE LAWS IN EFFECT [ The current practice of the

3  courts, and the law libraries, is to provide caselaw, and opinions, with none of the libraries I

4  have heard of or visited having texts that describe in detail the specifics of these "legal tests,

5  standards and theorys" they exist as far as the commoner is aware, in books law libraries

6  dont have or the minds of legal scholars taught from other books, cases and dockets the

7  libraries dont have. They dont exist seperate from them as a text to be easily referenced when

8  researching a claim]-

9  -HOW TO-

10  - PERFORM DISCOVERY- [The legal community is undoubtedly educated in standard

11  practices to seek information form individuals, businesses and entities they dont know the

12  workings of, at minimum a general understanding of how to go about this is needed]-

13

14  and finally among others

15  -PERFORMING LITIGATION [From -DRAFTING DOCUMENTS- to -MAKING

16  ARGUEMENTS FOR THOSE DOCUMENTS- and finally - LITIGATION IN COURT-

17

18  Whatever research finds, whatever the people tell you they fail in, whatever will give our

19  nation justice for all, That is whats being asked.

20

21  Lastly of note, with library access not being an option, Subscription services to sites like

22  WestLaw and LexisNexis are not options. Even still, the subscriptions the library's I have

23  visited purchase only the entry level, providing no secondary materials such as books,

24  articles or document drafting assistance. Even at top tier, the materials are designed for legal

25  professionals, not self represented litigants without base knowledge.(unfound)

## IV.    DEPOSITION ACCESS FOR PRO SE LITIGANTS. (FEDERAL)

Fed. civil rules have made deposing a costly matter inaccessible to pro-se litigants. Researching and implementing the best option is all thats being asked, the cheapest and most effective solution to ensure a pro-se litigant access to use this tool for obtaining justice.

Self represented litigants who cant afford the filing fees associated with federal civil claims, can likely not afford the costs of depositions; Which can be several hundred or thousands, if multiple depositions are required.

-Requiring litigants to either find agreed upon locations or rent office space.

-It also requires hiring a "court officer", a person certified by the court to administer oaths, act as witness and perform other duties, such as record responses.

In considering options,

Court reporters are already on staff, available to receive any additional needed training. Remote depositions might be possible in situations where courts don't have space to offer and case specific issues don't require in-person deposing.

Its only a matter of what the best option is, The alternative being denied justice.

## V.    THE UNSEALED INFORMA POPERUS FORM.

A demeaning exposure of private personal info. Bank Accounts, Amounts, Credits, Debts, Personal property owned by pro-se litigants and their work / private affairs.

(FEDERAL AND STATE)[asking for ex-parte sealing of as much as possible]

In Federal civil courts, when a self represented litigant is incapable of paying the fees associated with filing claims, the courts offer a waiver, an Informa Poperus Form, it varies from circuit to circuit and district to district, some have a short form, some require a long form. (Marylands district court form is attached as EXHIBIT V.)

The forms request the info stated above and more, the form is then filed as a public document. In the past issues of verifying poverty status may have existed, but now can be confirmed in other ways, that don't require a person to expose their place of work (and past work), residence, and the makes and models of their vehicle(s) etc.

All of which greatly reducing a persons likelihood of filing a claim. While the information may be accessible online, placing it on a public docket for anyone to access can expose poor litigants to encounters with past victimizers and give opposing parties information to use maliciously against the poor litigant, such as anonymously or by way of unknown third parties effecting their ability to work,maintain residency, relationship and safety.

It places victims in an unfortunate situation, Do they seek correction for injury risking their jobs, homes, personal and relations safety, or do they allow victimization. The latter harming not only them but also their communities.

Because of this it's being requested, that research is done to determine if there is any reason the forms cant at-least in part be filed ex-parte under seal.

If no reason exists,

**Draft law requiring Federal and State courts to file these forms ex-parte and under seal, preventing demeaning and potentially dangerous exposure.**

**VI.    VICTIMS SERVICES:** Current shortfalls to heal the injured and future possibilities. **(FEDERAL AND STATE)**

[If you are an Elect or familiar with V.S. considering you are possibly short on time, I will spare you from the following, it is a matter more focused on informing the general public. Who may believe that the matters of these issues are addressed by victims services, they're not.

This is a brief explanation of whats provided and to say simply, they could be empowered to facilitate and direct in use of the materials created in these several issues upon creation.]

Victims services, does not ensure victims are made whole, they ensure victims (are able to) testify in criminal cases, give minimal direction to find legal resources not guaranteed, give or direct to government assistance funds (not guaranteed), assist in collection of restitution from the convicted for tangible damages such as: Credit card theft *( If a person steals a wallet and maxes the cards, conviction restitution may require the thief pay back the sum spent, but not pay for any harm to the credit, or resulting from it.)*

and expenses such as Hospital bills *( Conviction restitution may require a person who assaults another to pay for X-rays of a broken bone, but not the time and opportunity the victim loses while being off work and the pain the incur.)*

V.S. is required and empowered by laws such as the following
( https://www.justice.gov/media/1243761/dl?inline )
*( 18 U.S.C. § 3771) ( 42 U.S.C. §10607)*
*//*

1     If you have ever known anyone who's been a victim of crime, you may have

2  heard of victims services, They cant provide as much as they could. In mid 2020 I did

3  some research that has since been lost, but it can be summed up, the situations have not

4  changed. Be it state or federal, victims are provided two focus areas; Victims services

5  increases the likelihood victims testify. By providing notifications of court appearance

6  responsibilities  (*if you are subpoenaed, your usually going to court, one way or another*),

7  in some instances they accompany victims as moral support and a measure of safety, also

8  providing transportation to depositions and court appearances.

9     Second, being under funded and understaffed; (V.S.) gives general information

10  for services that are not guaranteed (*They choose who receives assistance*).

11     Providing lists of pro-bono and low income legal-aid (brief consultations that

12  may or may not provide legal tool kits having some of the materials requested in the

13  issues of this document  "case law and elements of the crime or tort".

14     In these instances lawyers may not take cases if they don't appear profitable and

15  victims may not get useful consultations;  Because a person unaware of the finer points

16  of the law may omit or forget to give a specific "element" detail.

17     V.S. also facilitates dispensing government grants for victims (small sums for

18  victims to pay medical, housing and utilities and other varying offerings) and

19     Finally they provide victims with forms to detail those tangible damages (things

20  that you get receipts for). Victims services then provides these forms to the courts. Who

21  upon plea deals or convictions requires the convicted pay these costs as part of their

22  restitution. If convicts pay, is a separate matter (none of approx. 7 different States Cities

23  and Counties victims services would answer; when restitution payments start)

24  //

25  //

Federal and States jurisdictions have set lengths for the time restitution can be collected for criminal and civil awards.

From talking with felons, it starts at conviction (federal caps at 15% of a convicts wages) The length of time a convicted is required to pay varies from state to state, federal can be 10 to 20yrs and some states have terms as short as 5yrs. What this means is in the event of a person owing a restitution amount of $20,000.00 and serving a 3 year sentence in prison for a car theft or injury, they in many instances never pay full awarded damages.

The result is injured parties not being made whole. The issues of this document are not the only ones our justice system faces, Determining why people commit crimes is a matter of greater governance, issues of economics and other factors. Where need, want and conflict result in unethical or law violations. Identifying issues of lack of opportunity causing non inclusive communities and acts of alienation or; ethical, moral and ideological conflict. Priority mismanagement, retaliation, resentment, counterculture, practices stemming from lack of justice (the issues here), ignorance, mental disability and other odd circumstances, is another matter currently entirely beyond my impoverished reach, not even being able to find legal aid for my own issues of victimization and deprivations of rights. I cant say if punishments are fair, but if a person was deprived or injured, Id expect they would want full restitution.

What I can tell you is that the issues presented would aid V.S. in the facilitation of justice, allowing them to direct people to these services and their use upon creation.

//

//

//

## VII.  LACK OF REPRESENTATION FOR CIVIL LITIGANTS OF SEVERE INJURY AND MENTAL\ DISABILITY. (FEDERAL AND STATE)

There is currently no right to civil legal representation in the United States. Gideons Aid, is not what many believe, it is offered in limited circumstances varying in federal and state courts. What that means is in instances where a person is:

Uneducated, Severely injured to a state of pain/mental illness or Mental disabled, they have little or no options in absence of legal representation. They together are a large overlapping portion of our nation, often without ability to express injury and obtain compensation when injured, already struggling to survive.

**Uneducated**:  [1.] Four in five U.S. adults (79 percent) have English literacy skills sufficient to complete tasks that require comparing and contrasting information, paraphrasing, or making low-level inferences—literacy skills at level 2 or above in PIAAC (OECD 2013). In contrast, one in five U.S. adults (21 percent) has difficulty completing these tasks

**Mentaly Disabled**:  [2.] 59.3 million in 2022; (23.1%) of the U.S. adult population had some mental illness; Young adults 18-25 years had the highest prevalence of mental illness at (36.2%) adults 26-49 years (29.4%) and aged 50 and older (13.9%).
Of the total population Americans with severe mental illness was 15.4 million adults aged 18 or older thats 6.0% of all U.S. adults.  People aged 18-25 years had the highest prevalence of SMI at (11.6%) compared to adults aged 26-49 years (7.6%) and aged 50 and older (3.0%)

Without legal representation, the claims of these people and the people injured to these states of existence either never happen, or are dismissed as frivolous/failure to state claim, a result of lack of understanding of how to litigate, a performance that even a well educated healthy person would hire a lawyer to do.

1. Info from the national center for education statistics:  https://nces.ed.gov/pubs2019/2019179/index.asp

2. Info from National Institute of Mental Health:   https://www.nimh.nih.gov/health/statistics/mental-illness#part_2541

17

I know for the uneducated and some mentally ill, the creation of Issues I. II. III. will address the problems they face in seeking correction of injustices, But for an ever growing population of mentally ill\injured and highly uneducated people on a varying scale of issues, Some will always need legal assistance.

The problem isnt a question of entitlement. The right to exist with dignity, free from injury and disenfranchisement, is one it would be hard to find an American willing to say shouldn't be their right. So why shouldn't a mentally ill or uneducated person enjoy the same rights as others. For these Americans, petition had not been made or heard. They dont have the right to obtain justice, they get abused and injured and taken advantage of and its allowed, often encouraged, the practice of lawfare defeats uneducated and ill minded people brave enough to ask for justice, likely a few times a day in the courts of our nation, likely more.

I know asking even for the first three issues is a prayer, the other option is to allow robbery, bad contract, injury and death. To make by practice of the courts, these Americans helpless and facilitate their torments.

In this matter the Executive, Legislative and Judicial branches are being asked to initiate data collection and research from federal and state courts, to determine what options are available, to modify court rules and allow early discovery, make arbitration rules, determine whats possible.

VIII.    QUALIFIED IMMUNITY WITHOUT INSURANCE:

Easing burdens,repairing injury, retaining respect.

[asking for research to determine what areas of law enforcement insurance can be offered to repair injuries and damages occurring during the performance of duty.]

[This issue is one that is not being asked of today, as you read this, the others are, If you are interested, feel welcome to explore the issue, but it is only considerations.]

I dont believe bringing this issue hear will help these other matters, but I dont believe the elect and judiciary will be swayed on other matters; for bringing a question of solution on a matter I have never heard considered, one that since I am standing in front of The White House, Congress and the Supreme Court, In likely freezing temperatures. I though it wouldn't hurt to draw attention to.


When the judiciary in 1967 ( Pierson v. Ray) decided that law enforcers could not do their jobs without immunity, I believe one of the reasons(now a common reason) was that it would occupy too much of an officers time, and prevent them from doing their jobs, For almost 200yrs before that law enforcers were held accountable for all their errors. Several factors were likely reason for the decision, which I believe was based on an earlier one.. none of these factors which I have ever heard being mentioned, assumptions and claims, but nothing that would say if the matter is true today.

I have worked in numerous jobs, in all industry's, there are errors, damages and mistakes. Things dont just break themselves, something had to wear out or someone was at fault, but law enforcement is not an ordinary job. Qualified Immunity leaves these damages and injuries un-repaired, So it was thought, is requiring law enforcement insurance a practice capable of keeping all parties happy, allowing repair, allowing law enforcers to keep their respect, pride and personal property, //

1  without creating unreasonable burden?     The issue is accountability, not error,

2  we all know errors happen, but most of us know someone who is perverse, deceitful and

3  deceptive, who leverages the comforts and entitlements of others to their own benefit.

4  The prisons aren't the only place they inhabit, and criminals arent the only ones sneaking

5  contraband in. Im sure there are law enforcers who refuse to go to eat in their patrol zones

6  when their with that one partner, Cops who wear BLM swag because they are pressured,

7  not because they want to. Ones who buy fast cars to shake their tails before heading

8  home. [2,3] Cop gangs in California are a real thing. Ones who hate to see a lazy, corrupt

9  servant, rest on their honest good works.. (*and if your curious, most crimes go unsolved.* [4] *check*

10  *the FBI stats for specifics*).

11  Across the nation, government funded civilian review boards are being created to

12  address issues like the ones found on [1] Justice.gov , To address cop gangs like the ones in

13  california[2,3] . Law enforcers have free reign, unreviewable access to run records checks

14  without the citizenship being able to see when these events occur.....

15  So if there was a way for outside insurance agencies, to evaluate incidents,

16  injuries and training by state law officials...

17  That could reduce government spending, wouldn't law enforcers and their

18  communities be happier?

19  Allowing insurance to review incidents and raise the rates of individuals and in

20  severe problem areas, the entire force; would allow good enforcers to confidently act,

21  knowing their partner has their back and know someone else has got it too.

22  Ensuring there's someone to not just pick out the rotten apples, but also bandage the

23  wounds and pay the damages.

24

25

1. https://www.justice.gov/news/press-releases?search_api_fulltext=+police+investigated&start_date=&end_date=&sort_by=search_api_relevance
2. https://en.wikipedia.org/wiki/List_of_LASD_deputy_gangs
3. https://en.wikipedia.org/wiki/Gangs_in_the_Los_Angeles_County_Sheriff%27s_Department
4. https://ada.usr.ojis.gov/LATEST/webapp/#/pages/home

**IX.**    A LACK OF PUBLIC FORUM TO DISCUSS AND RESOLVE ISSUES OF
PUBLIC WORRY AND CRIME OVERFLOW UNADDRESSED.
(FEDERAL, STATE, LOCAL)
[asking for consideration that research be considered, for government or private entities
to create an orderly open public forum for people to address issues of government, crime,
need and wishes.][If you are pressed for time, this is a matter of consideration, not a
request, and is really a pitch not research driven.]

        While the city hall, communications with elect and our local churches can give
aid for some issues, They are not anonymous, nor are they always permissive or resolving
of the issues and questions we are faced with. They often give relief, and voice, not
resolution. Churches may assist in finding legal aid, but legal aid for Wyoming isnt being
provided by a parish in Maine, and legal education is not to be found, its begged for here.
City hall may address potholes and street lights, but they cant close down the boiler room
across the street defrauding people out of millions and stealing home titles, the feds cant
either, they're too busy investigating city website ransomware hijackers. Legislators can
make bills to stop people from stealing home titles (by optioning appearance, I.D. and
fingerprint at courthouses) but they cant get your house back.

        -- In events of crime and victimization, an orderly topic based open government
forum, allows us to not just rely on filing police reports, talking with scattered
hierarchical support groups, telling the news and churches who cant facilitate swift
communication with other communities.

        An open forum creates a larger community with the ability to move as fast as it
can facilitate communication. While being able to debate opportunist who will come
along selling home title insurance; When the money we spend on it could be pooled to

fund legislators hiring of private researchers to draft a bill. It doesnt get us our homes back but it does mean others will be more prosperous to aid us in recovery.

 It means that less planned and selfish people prone to complacency in comforts are not rewarded with further easy gains on cheap opportunity and dishonesty at costs to our ethics and communities.

- In events of growth, its free speech watered; able to flourish with the light of praise, it doesn't require us to rely on elect, government and already established industry to create our needs or restricting our ability to search out possibility. Imagine if we could discuss future industry growth, not as the news offers us ideas people have designed for us; but among the people who will need new and work new jobs and careers as automation and a.i. is introduced, giving a chance to debate, plan and decide what paths to choose, while reducing the chance of opportunist creating choices for us.

Instead of relying idly in things we are growing beyond, we start discussing what we can grow into, with larger possibility in diversity of voices.

We cant be afraid to leave what we have in search of more. And if we cant leave what we have in safety; we cant go far. Determining if its possible to operate and beneficial is the question.

Without putting all the work on our 7000+- state and 600+ us elect and their staffs, without relying on law enforcement to stop victimization by themselves, or having a select few create what they want for us.

It doesn't have to be government operated, its a question of will it make our country better.

There is no denying our nation has problems, They are measurable in our ability, opportunity, and comforts to involve ourselves in community, family and personal works, to find solutions for dispute quickly. Or our lack of these and unresolved dispute, inability and injury, lack of growth and helpless worry.

All courts of the nations require a litigant to show they are entitled to compensation for injury, by way of pleading, in the early claims of the nation a person

X.    PERCEPTIONS , INJURIES, and INTENT

[a few brief statements]

In my youth I heard stories of failings of law, people failing in litigation and owing hundreds and thousands in legal expenses. At a young age curious about what was illegal and legal, I learned that law books are not at public library's... and there was no reason to be around a bunch of law enforcers to get a glimpse at one.   I knew it was an issue, and there it lay.

I could tell plenty stories.. about the long list of minor injustices, I have been given by the judiciary, law enforcement members of the communities I have lived in and trivial struggles, detailing the inabilities of our nation to uphold the law.. Hopes I have,

So in the absence of comforts and strength nessessary to be honest..

Faith in works, absent the need or requirement of a supreme beings existence.

And plenty more

XI.    ELECT AND PUBLIC: HOW TO REPLY

[a detailing of the preferred reply method]

If your an electorate, use the contact info, if you can get no reply, my true identity is under seal in this docket or post to the docket. If your part of the public, same

XII.    CONTACT INFO

771-241-4590 no mailing address, no email.

# EXHIBIT V.

## THE MARYLAND FEDERAL COURT DISTRICT INFORMA POPERUS FORM

consists of 5 pages

https://www.mdd.uscourts.gov/forms/all-forms/self_rep

[Motion for Leave to Proceed in Forma Pauperis (AO 239)]

EXHIBIT V.

Page 1 of 5

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: _____ |

1.    For both you and your spouse estimate the average amount of money received from each of the following
      sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly,
      semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions
      for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #*1* *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #*2* *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
|---|---|---|
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $                    **0.00** | $                    **0.00** |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes     ☐ No     If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes   ☐ No

    If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.



12. Identify the city and state of your legal residence.



    Your daytime phone number:              _____

    Your age: _____    Your years of schooling:        _____

    Last four digits of your social-security number:        _____