IN THE FEDERAL COURT OF THE DISTRICT OF COLUMBIA

CASE: 1:25-CV-00112

PETITIONER
NICHOLAS WOODALL

MOTION FOR CLARIFICATION AND CONSIDERATION

JUDGE MEHTA

7/2/2025

PETITIONED/

PRESIDENT DONALD J. TRUMP;

SPEAKER OF THE HOUSE;

PRESIDENT PRO TEMPORE OF SENATE;

THE SUPREME COURT

MOTION FOR CLARIFICATION AND (RE)CONSIDERATION

Judge there is an issue at matter.

This "claim" was initially filed as intended to be a "petition" to the Elect and Supreme Court. Not a "petitioning" in the terminology use of the courts (a matter a judge would decide) but the fashion more classical to the "Olive Branch Petition" and "Deceleration of Independence" being formally served to the "petitioned" parties and recorded in the courts...

Your being asked to sign summons; Or write a simple notice to allow formal service to the petitioned parties. (Attached are summons examples)

The right is expected as entitled; and is being asked because there are the several issues showing entitlement and reason.

This forum: "the courts" is the first entitled venue of freespeech, by the (O.B.P.1775; D.o.I. 1776) the right to petition publicly in the courts was established; When those documents were offered as articles of the courts for the King.

If you hold a belief founded in caselaw or Judicial powers that suggests or shows; the right to notice the electorate and Judicial in the same fashion as the "Olive Branch Petition 1775" and "Declaration of Independence 1776" was not a right intended and granted to the people "to create lines of transparent communication with the government that all can see.

RECEIVED
JUL 02 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1  Then please show the grounds for the ruling so that an effective Appeal can be filed.
2  Secondly the following reasons give support to use of this means of communication with
3  the elect and government.
4  This is done because of several reasons
5
6  A. Public Access to the Docket Promotes Transparency: Petition in this manner ensures;
7  The response or lack of one by elect and allows the public to press the matter and show
8  support. It enables the citizens to monitor the government's response or lack of,
9  and further urge response or resolution consistent with democratic principles and the
10 peoples wishes. It it the most and only reason that truly is at consideration; however
11
12 B. There are several issues of politics, opinion and interests involved in this matter.
13 Errors and deceptive practices happen in Congressional offices. From avoidance to lies
14 for the sake of feelings and politics (for time and staffer ability). Its just what politicians
15 do, they govern the best they can.
16
17 But Elect, Government officials and their staffers can not always be trusted, be it a big
18 matter such as this or a small matter where the office just ignores it and moves on to
19 something bigger. So to prevent any undue delay or avoidance, this petition is the only
20 route. The following are some notable staffers who recently were caught in improper
21 behavior or illegality and a few issues I have run in to with staff as a common practice.
22 //
23
24
25

1. Roe v. Wade Draft Opinion Leak (2022) – Supreme Court

Incident: A full draft opinion in Dobbs v. Jackson Women's Health Organization, which overturned Roe v. Wade, was leaked to Politico before the decision was officially announced. the leaker was not publicly identified despite an internal investigation.

Source: SCOTUS statement (Jan 2023)

https://www.supremecourt.gov/publicinfo/press/pressreleases/pr_01-19-23

2. House IT Scandal (Awan Brothers, 2017)

Incident: Imran Awan, an IT staffer for multiple House Democrats, was accused of mishandling sensitive government data and improperly accessing servers. Awan later pleaded guilty to unrelated bank fraud, but no espionage charges were filed.

Source:   https://www.csoonline.com/article/565098/no-congressional-background-check-for-it-contractor-charged-with-fraud.html

 [the link includes a case number] [[[The DOJ made a Press Release but the links are broken]]]]

3. Longtime Director of Security for the Senate Select Committee on Intelligence Accused of Lying to FBI About Repeated Contacts with Reporters.

James A. Wolfe had leaked documents to reporters

Source: https://www.justice.gov/usao-dc/pr/former-us-senate-employee-indicted-false-statements-charges

4. The US Congress has a known and repeatedly poor practice of using staffers as walls when avoiding issues or choosing to de-prioritize issues that could be seen as politically deaf or effecting their elect-ability. Its not fair to put a staffer thru that; but they do and This practice of petitioning in the courts removes any would be confusion about the details of the communications or the elects position. There is avoidance but theres also accountability.(actual evidence documents and recordings of these practices can be produced if necessary)

5. Just weeks ago I recorded a phone conversation with a US congressional office; the staffer, an unpaid intern said they were taking notes. After a 5 minute back and forth, i gave them my contact info, they confirm they got it and when asked, could not repeat it back (not the first time this has happened)

6. Staffers lie: They might say an issue is "on the calender" for research or drafting and when time comes they pass (I have documentation of this) or say something came up.

7. Staffers are trained to ignore mail and generally act dishonestly (in constituent communications): They will often say they get hundreds or thousands of emails every day (the response if asked to confirm email receipt), Congressional staffers often send out generic responses to letters,, They have auto penned generic reply statements for every topic you can write them about.
 It is franked "horse mail" (named after the practice of US Congress have their staffers sign their name for delivery of horses and property to and from D.C.)
I can show several generic response letters and genuine requests. (since my credibility on writing clarity may be at question after your ruling on the claims)

8. To ensure their is no confusion in communication or filing...

1  So considering I have waited 6 months to have this petition served upon the elect, and
2  considering the great possibilities of error and deception possible, innocent, an inability of
3  governance or intentional.
4  (If there is any question to any of the instances not being common practice, I will submit the
5  evidence).
6
7  With respect,
8  I am asking you to allow me to formally serve the attached petition and notice(s) of service
9  upon:
10  The President
11  The House
12  The Senate
13  The US Supreme Court
14  and leave this docket open for response.
15
16
17  Finally, in regards to the dismissing of the claims; the only question that I have is,
18  understanding that a judge is not required to detail the specifics of why they make an order,
19  but considering the gravity and the amount of people affected by this ruling and your
20  statements, Can you confirm it was the color and opinion in them. ( The checkablock,
21  ruminations, etc.) or was it an issue of failure to meet the elements; If so providing your
22  notes will allow addressing any issues in refiling.
23
24  Respectfully  submitted by NICHOLAS WOODALL on 7/2/2025 to the courts
25

by DCD_intake@DCD.uscourts.gov