Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

## COLUMBIA

|  |  |
|---|---|
| NICHOLAS WOODALL | ) Case No. ___1:25-CV-112___ |
| | ) (to be filled in by the Clerk's Office) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| PETITIONED/ | ) |
| PRESIDENT DONALD J. TRUMP; SPEAKER OF THE HOUSE; | ) |
| PRESIDENT PRO TEMPORE OF SENATE; THE SUPREME COURT | ) **PETITION FOR REDRESSING GRIVANCES** |
| | ) |
| _____ | ) |
| | ) |
| | ) |

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | NICHOLAS WOODALL |
| Street Address | PO BOX 194 |
| City and County | TEMPERANCE MONROE |
| State and Zip Code | MICHIGAN 48182 |
| Telephone Number | 771-241-4590 |
| E-mail Address | STEWARTJ4022000@GMAIL.COM |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**PETITIONED**       1

          **Name**               Donald J. Trump

          **Job or Title** *(if known)*   President of the United States

          **Street Address**      1600 Pennsylvania Ave NW,

          **City and County**     Washington,

          **State and Zip Code**   DC 20500

          **Telephone Number**   (202) 456-1111

          **E-mail Address** *(if known)*

**PETITIONED**       2

          **Name**               MIKE JOHNSON  (On behalf of the House )

          **Job or Title** *(if known)*   SPEAKER OF THE HOUSE

          **Street Address**      568 Cannon House Office Building,

          **City and County**     Washington,

          **State and Zip Code**   DC 20515-1804

          **Telephone Number**   202-254-4000

          **E-mail Address** *(if known)*

**PETITIONED**       3

          **Name**               CHUCK GRASSLEY (On behalf of the Senate )

          **Job or Title** *(if known)*   PRESIDENT PRO TEMPORE

          **Street Address**      135 Hart Senate Office Building

          **City and County**     Washington,

          **State and Zip Code**   D.C. 20510

          **Telephone Number**   (202) 224-3744

          **E-mail Address** *(if known)*

**PETITIONED**       4

          **Name**               Supreme Court of the United States

          **Job or Title** *(if known)*   TO THE JUSTICES OF THE SUPREME COURT

          **Street Address**      1 First Street, NE

          **City and County**     Washington,

          **State and Zip Code**   DC 20543

          **Telephone Number**   202-479-3000

          **E-mail Address** *(if known)*

NICHOLAS WOODALL
771-241-4590
Po box 194
Temperance Mi 48182

IN THE FEDERAL COURT OF THE DISTRICT OF COLUMBIA

CASE: 1:25-CV-00112

PETITIONER
NICHOLAS WOODALL

PETITIONED/                                            6/26/2025

PRESIDENT DONALD J. TRUMP;

SPEAKER OF THE HOUSE;

PRESIDENT PRO TEMPORE OF SENATE;

THE SUPREME COURT

A PETITION FOR REDRESSING OF GRIVANCES

THE FOLLOWING IS A FORMAL PETITION FOR REDRESSING OF GRIVANCES,
FILED IN THE COURT AND REQUESTING RESPONSE IN THE COURTS, SIMILAR
TO THE OLIVE BRANCH PETITION. IF THERE IS ANY CONFUSION OR DEBATE
PLEASE CLARIFY OR ASK QUESTIONS.

1 First, Thank you for the time and consideration.

2   This petition's not only for Elect to respond, The Public's encouraged also, If

3 you're either and would like to post a reply to this docket, please refer to the section titled

4 **PUBLIC REPLY**.

5

6

7       The Issues of this filing and the Sign, Flyer or Communications that brought you

8 to this petition are listed following this brief introduction.

9       The purpose of this redressing is to make understood the deprivations Americans

10 of poverty are facing in the legal system and offer solutions, intended to improve the

11 wellbeing and wellfare of our nation and facilitate civic engagement, by increasing access

12 to use of the justice system. To encourage peace and prosperity.  The issues are not just

13 federal, they are state issues as well. But the Federal government having power to endow

14 the people with these rights; to resolve these deprivations can do both in one.

15

16   These issues come from a life of experiences, by myself, people I knew and know,

17 new and old research. Lacking confidence to address these issues was cause for them

18 going unaddressed, failure likely resulting in further deprivation and potentially exposing

19 what little peace was had...

20

21     After alternative attempts to no avail, attempts to present ideas indirectly, in

22 passing, to propose leading issues and now in the lesser, issues still present

23 unacknowledged and unrighted and so presented now to you. Begging understanding and

24 aid for the American people and myself.

25

The research was simple, phone calls, questions, online and in person inspection. These issues are Ethical and Ideological ones, the solutions are reasoning conclusions, mostly. Not asking why the problems still exist, instead, asking you consider where a persons entitlement to existence lies, investing in increased entitlements, because happiness encourages peace and prosperity;

Healthy spirits express and create with greater clarity in union than individuals clouded in division and conflict. Your being asked for increased facilitation of justice. To empower entitlement to exist; To prevent oppression from overtaking opportunity, and correct course accordingly.

These requests are simple things, knowledge; and the ability to exercise it. To provide law books and resources that give an American the ability to retain what every human empowered seeks, existence free from injury, be it everlasting life or a moment of philosophical pondering. To require the courts to grant compensation to the poorest of our nation when injured and free communities of corruption.

Four issues are at matter greatly, the first IV, I ask for works or vow on now. The others are likely either simple matters of research and pen, or ponderings of governance which require knowledge and experience beyond my own, considerations of possibility. In the event of belief of great burden resulting from these first VII matters. I ask you state so; that I can protest accordingly.

Respectfully

**ISSUES**

**I.**     COURT LAW LIBRARY INACCESSABILITY PREVENTING AND HINDERING LAW RESEARCH AND LITIGATION. (FEDERAL AND STATE) [asking access be an entitlement of law]

**II.**     RESTRICTED DOCKET ACCESS PREVENTING LAW RESEARCH AND LITIGATION. (FEDERAL AND STATE) [ asking for waivers of fees preventing the poor from effective litigation.]

**III.**     LACK OF A STANDARD AND PROVIDED EDUCATIONAL MATERIALS TO FACILITATE LITIGATION PRACTICE BY PRO SE LITIGANTS. (FEDERAL AND STATE) [asking for creation of a standard and required holdings of legal texts for all federal and state court jurisdictions, to ensure fair effective litigation.]

**IV.**     DEPOSITION ACCESS FOR PRO SE LITIGANTS. (FEDERAL) Fed. civil rules have made deposing a costly matter inaccessible to poor pro-se litigants. [asking for court rule changes to ensure depositions are an accessible litigation tool.]

**V.**     THE UNSEALED INFORMA POPERUS FORM. A demeaning endangering exposure of private personal info. Bank Accounts, Amounts, Credits, Debts, property owned by pro-se litigants and their work / private affairs. (FEDERAL AND STATE) [asking these forms are required to be filed under seal]

**VI.**     VICTIMS SERVICES: Current shortfalls to heal the injured and future possibilities. (FEDERAL AND STATE) [ Explaining to the public, that victims services doesn't assist at a set level of standards or provide civil representation.]

**VII.**     LACK OF REPRESENTATION FOR CIVIL LITIGANTS OF SEVERE INJURY AND MENTAL\ DISABILITY. (FEDERAL AND STATE) [asking for research and law to establish a right to justice for those who are ill beyond ability to protect themselves and obtain compensation when injured.]

**VIII.** INSURANCE BEFORE QUALIFIED IMMUNITY : Easing burdens,repairing injury, retaining respect. [ asking for research to determine if requiring private insurance and investigations in law enforcement would aid to repair injuries and damages occurring during the performance of duty.]

**IX.** A LACK OF PUBLIC FORUM TO DISCUSS AND RESOLVE ISSUES OF PUBLIC WORRY, LEGISLATIVE MATTERS AND CRIME OVERFLOW UNADDRESSED. (FEDERAL, STATE, LOCAL)

[asking for consideration that research be considered, for government or private entities to create an orderly open public forum for people to address issues of government, crime, need and wishes.]

**X.**      PERCEPTIONS , INJURIES, and INTENT

[a few brief statements] additionally  You   should   know  all these factors considered, making pursuing a claim for compensation less valuable than ignoring the injury and moving on, allowing the injurious party to go unpunished.

**XI.**     ELECT AND PUBLIC: HOW TO REPLY

        [a breif of the preferred reply method]

**XII.**     CONTACT INFO

12 POINTS IN TOTAL //

I.  **COURT LAW LIBRARY INACCESSABILITY PREVENTING AND
    HINDERING LAW RESEARCH AND LITIGATION. (FEDERAL AND STATE)**

The other Issues are not as rough as this first issue, It is the simplest. State research has not been completed, However the issue focus is federal courts. Where the right to equal, meaningful, convenient access to the court law libraries was not or is no longer present. The ask is for assistance, an executive order or legislation to ensure not only federal courts, but states as well be required: To provide equal, meaningful and convenient access to the law libraries and materials needed to perform educational research, pre-claim drafting research and litigation function research, equal to their bar member opponents.

This is asked because there are several federal courthouses who did or have restricted access to law libraries, It may have been an issue of covid in some instances, But I am told the practice existed pre-covid.

The Federal courts have allowed citizen Federal Bar Member lawyers and attorneys access to the services they provide (*Computers with Pacer Docket access, Caselaw, Books and subscription services to WestLaw, Lexis Nexis, and others*), and disallowed public citizen access. The practice prevents, frustrates litigation and in some cases may defeat successful litigation, Making protecting the rights to which an American is entitled; a task that's impossible. As worriesome, is that it shows bias favor for Bar attorneys who are opponents of self represented pro-se litigants.

The courts libraries are the only entities in our nation providing the poor access to materials for legal education and litigation functions. Without them, there are no rights to justice or equality for the unrepresented no understanding of law.

So you are being asked to entitle the right to public equal, convenient, meaningful access to Federal and State court law libraries during all court open hours/ and events where bar attorneys have access.

1    or in the event where the right was established by some caselaw similar to [Bounds v.

2    Smith (1977)], initiate a DOJ investigation.

3    Research performed to be filed in future or on request.

4    ## II. RESTRICTED DOCKET ACCESS PREVENTING LAW RESEARCH

5    ## AND LITIGATION. (FEDERAL "focus"AND STATE)

6    THE CONCEPT THE LAW SHALL BE ENFORCED, BUT A PERSON HAS NO ENTITLEMENT TO KNOW IT, SEEMS UNCONSTITUTIONAL.

7    **[Asking courts be required to offer forms to waive fees for poor litigants.]**

8    Severe cost issues are present. First, The federal courts which provide waivers for

9    poor litigants who cant afford the $400 filing fees; does not provide as a general known

10   offering waivers for the poor who can not afford [1]Pacer.gov retrieval fees. Costs can be

11   several hundred dollars or more, much more. More than a poor litigant can afford.

12   The ability to review dockets from case law for educational and <u>litigation research</u>

13   purposes is essential to understanding and using the court system. With no standard form of

14   how to draft claims or example situations and responses being available in the books

15   commonly offered when law libraries are accessible; a self represented litigant must model

16   their filings on already existing ones. ( [2]*equivalents to the educational books, such as those*

17   *offered to law students are not provided, one cause for request of Issue III.*)

18   This means a researcher/litigant must    **A.)** search through texts of case law opinions to

19   find similar cases (*searching by date in some instances*) This is done in law libraries,

20   (*state county law libraries*) when accessible    and then    **B.)** retrieve those dockets, to

21   review how a successful claim was written, it is by no means an explaining of how the

22   elements of the law violations are met, and often requires repeated docket searches and

23   retrievals to produce a reliable result or the hope of entitlement.  Imagine playing Nintendo

24   text games for your life, while disoriented, in severe pain and sorrow. *A.B.A.B.A.B.A.B.A.B.*.

25   While wondering if there is something you didn't see.

1. Pacer.gov is a government website hosting case dockets of the federal courts from the 1990's to the present. Times vary from circuit to circuit and district, when they began using the pacer filing system.  2. The gaps in understanding a professor fills, are not in these books.

Thats how unrepresented litigants perform legal research and document drafting. The task like this explanation is tedious and can be costly, hundreds to thousands. Because Pacer fees for docket searches each cost several dollars to retrieve, ... after a docket search is performed, there is a fee for each page of the document requested (at .10 cents per page with a cap at $3.00). ($12 max per instance of review, with pro-se's hitting dockets like shots at closing time.)

[1.] For docket retrieval of non pacer paper dockets existing prior to 1990's when federal courts started using pacer, costs are much higher, with per page printing at .50 cents and no caps. A group of entries, of 200 pages cost $100 and older dockets must be retrieved from archives at fees that can be more than $100 to pull a single case docket *(before the several docket entries can be reviewed and copied)*. Paper docket retrieval and copy fees are not waived, to my knowledge.

The result is research / litigation thats impossible for the poor. Courts do waive pacer fees for university students, and select requests, but the poor researcher looking to draft claim is not informed of this as standard practice, nor is it available in a form request. **So its being asked, for the facilitation of justice,** That just as claim filing fees are waived, **The courts shall also be required to offer forms to waive pacer fees for poor litigants.** [1.] **That also the courts research to determine how it can offer paper docket fee waivers.**

Lastly, these documents are public record of law, necessary in understanding the law, in adherence and practice. Requiring any person to pay a fee to understand their responsibility and protect their rights for the betterment of themselves and the community, it seems in opposition to civil or Constitutional rights, being restrictive of freedom. A burden to community wellbeing. **The concept the law shall be enforced, but a person has no entitlement to know it, is not American.**

---

1. It would possibly be cheaper and more productive to have the documents scanned and uploaded to pacer and court archive storage, than to have employees scan and print copies repeatedly.

1    **III.** STATE AND FEDERAL COURTS, LAW LIBRARIES HAVE NO STANDARD

2    OF REQUIRED INFO AND EDUCATIONAL MATERIALS.

3    [asking for creation of legal texts, a standard of and required library holdings for all

4    federal and state court jurisdictions, to satisfy and focus on the needs of pro se litigants;

5    without access to legal representation or funding to purchase books that cost thousands.

6    To educate and ensure the fair practice of the law and dispensing of justice.]

7         Of the several libraries of the nations courts, federal and state; Only general

8    instruction of court processes, sporadic books, court opinions and select dockets are

9    offered. Which makes performing litigation an uncertain guessing game for the

10   unrepresented. This lack of educational materials to explain the orderly method and form

11   of researching, drafting legal documents and performing litigation practices that legal

12   professionals and the courts use results in numerous amendment filings, failures to state

13   claim, unsuccessful litigation as well as burdens for courts and communities.

14        It prevents or reduces service of justice, where courts: 1. Dont grant compensation,

15   despite clear injury and law violations, and 2. Further an injured parties injury with fees

16   and fines, granting victimizers awards and their lawyers fees in some instances.

17   What could be more harmful to a civil society? The foundation of all government is law.

18   Again the intent is not to blame, or seek injudicious accountability, You are being

19   asked, have mercy upon those who you govern and serve. But it must be said, so you get

20   the perspective, that is not often spoken in polite society for fear of reproach; What is

21   understood among the poor; is not the practice of law, its that the legal system is of no

22        help.  Depriving the injured and creating further injury. The cause of weeping

23        torments... The Executive, Congressional and Judicial branches along with the legal

24   communities of the nation and the people, are being asked to find solution for these

25   deprivations of justice.

1    For elect and official to begin research, to select existing texts and create texts

2    where public need and judiciary statement is expressed, To collect existing case law and

3    docket entries for atleast common cases and create texts that educate the public in the

4    proper practices of litigation, to eliminate any and all barriers to justice that present; to

5    ensure that in event of injury, there exists ability and certainty in the processes to obtain

6    compensation by legal means and judicial services.

7

8    The following is a self represented, perspective, not that of a legal professional, who will

9    likely reorder and add to and argue these area's. But the current book providing's, do not

10    fully encompass all areas of legal research and practice. Bellow are specific issues and

11    areas that can be elaborated on.. They are not guaranteed to be covered and were non

12    existent in my searches, Texts may touch on an issue, but the offerings vary from library

13    to library (district to district and county to county) without any standard.

14

15    -STANDARDS OF TEXTS OF CIVIL/COMMON LAWS AND ELEMENTS IN
16    EFFECT- To ensure there is no question of if the books of the library satify the
      publics needs in all areas of litigation.

17
      -SEVERAL HOW TO MANUALS-
18

19    -PERFORM CLAIM RESEARCH [The orderly and methodical process used by legal
20    professionals, not the guessing game of hopeless searching and asking around that is
      currently pro-se practice]-
21

22    -CONDUCT PRE-CLAIM DISCOVERY [ obtaining evidence before

23    spoliation and searching entities or info]-

24    -ORGANIZING DISCOVERY AND CLAIM INFORMATION-

25

10

1  texts of

2  -TESTS AND STANDARDS OF THE LAWS IN EFFECT [ The current practice of the

3  courts, and the law libraries, is to provide caselaw, and opinions, with none of the libraries I

4  have heard of or visited having texts that describe in detail.. the specifics of these "legal tests,

5  standards and theory's" they exist as far as the commoner is aware, in books law libraries

6  dont have or the minds of legal scholars taught from other books, cases and dockets the

7  libraries dont have. They dont exist seperate from them as a text to be easily referenced when

8  researching a claim]-  Books will reference them, but it may be cheaper for the gov. to do it
9  themselves.

10  -HOW TO-

11  - PERFORM DISCOVERY- [The legal community is undoubtedly educated in standard

12  practices to seek information form individuals, businesses and entities they dont know the

13   workings of, at minimum a general understanding of how to go about this is needed]-

14  and finally among others

15  -PERFORMING LITIGATION [From -DRAFTING DOCUMENTS- to -MAKING

16  ARGUEMENTS FOR THOSE DOCUMENTS- and finally - LITIGATION IN COURT-

17

18  Whatever research finds, whatever the people tell you they fail in, whatever will give our

19  nation justice for all, That is whats being asked. If it means Westlaw publishing is printing

20  government books instead of selling them theirs, so be it.

21  Lastly of note, with library access not being an option, Subscription services to sites like

22  WestLaw and LexisNexis are not options. Even still, the subscriptions the library's I have

23  visited purchase only the entry level, providing no secondary materials such as books,

24  articles or document drafting assistance. Even at top tier, the materials are designed for legal

25  professionals, not self represented litigants without base knowledge.(unfound)

## IV.    DEPOSITION ACCESS FOR PRO SE LITIGANTS. (FEDERAL)

Fed. civil rules have made deposing a costly matter inaccessible to pro-se litigants. Researching and implementing the best option is all thats being asked, the cheapest and most effective solution to ensure a pro-se litigant access to use this tool for obtaining justice.

Self represented litigants who cant afford the filing fees associated with federal civil claims [called poppers [in forma poperous] usually around 400 to 500 dollars and other fees of filing, can usually not afford the costs of depositions; Which can be several hundred of dollars to depose a single person ; a place to depose [office rental], a court reporter to read oaths and witness[ up to several hundred an hour] a transcriber [$10 or more per page] a videoographer to record the deposition to capture any acts or activity suggesting guilt or improper behavior... this can cost thousands, if multiple depositions are required.

The costs are far greater than the courts filing fees and can result in failed or hindered litigation, where a simple deposition could evoke an answer that allows summary judgment or JMOL filing, saving the courts thousands in trial costs. And also preventing undue dismissal using the same filings to avoid trial.

It is an issue of deprivation to access for people of poverty, one that denies access to the courts for the poor, because of the practices of the courts. An unjust unfair practice of rules favoring those with money and resources.

In considering options... Court reporters are already on staff, available to receive any additional needed training. Remote depositions, there are many options, Its only a matter of what the best option is, The alternative being denied justice

l2

## V.     THE UNSEALED INFORMA POPERUS FORM.

A demeaning exposure of private personal info. Bank Accounts, Amounts, Credits, Debts, Personal property owned by pro-se litigants and their work / private affairs.

(FEDERAL AND STATE)[asking for ex-parte sealing of as much as possible]

In Federal civil courts, when a self represented litigant is incapable of paying the fees associated with filing claims, the courts offer a waiver, an Informa Poperus Form, it varies from circuit to circuit and district to district, some have a short form, some require a long form. (Marylands district court form is attached as EXHIBIT V.)

The forms request the info stated above and more, the form is then filed as a public document. In the past issues of verifying poverty status may have existed, but now can be confirmed in other ways, that don't require a person to expose their place of work (and past work), residence, and the makes and models of their vehicle(s) etc.

All of which greatly reducing a persons likelihood of filing a claim. While the information may be accessible online, placing it on a public docket for anyone to access can expose poor litigants to encounters with past victimizers and give opposing parties information to use maliciously against the poor litigant, such as anonymously or by way of unknown third parties effecting their ability to work,maintain residency, relationship and safety.

It places victims in an unfortunate situation, Do they seek correction for injury risking their jobs, homes, personal and relations safety, or do they allow victimization. The latter harming not only them but also their communities.

Because of this it's being requested: that research is done to determine if there is any reason the forms cant at-least in part be filed ex-parte under seal.The courts never or rarely being given evidence that an IFP was falsified would be reason... If. no reason exists:

**Draft law requiring Federal and State courts to file these forms ex-parte and under seal, preventing demeaning and potentially dangerous exposure.**

13

**VI.    VICTIMS SERVICES:** Current shortfalls to heal the injured and future possibilities. **(FEDERAL AND STATE)**

[If you are an Elect/ or familiar with V.S. considering you are possibly short on time, I will spare you from the following, it is a matter more focused on informing the general public. Who may believe that the matters of these issues are addressed by victims services, they're not.

This is a brief explanation of whats provided and to say simply, they could be empowered to facilitate and direct in use of the materials created in these several issues upon creation.]

Victims services, does not ensure victims are made whole, they ensure victims (are able to) testify in criminal cases, give minimal direction to find legal resources not guaranteed, give or direct to government assistance funds (not guaranteed), assist in collection of restitution from the convicted for tangible damages such as: Credit card theft *( If a person steals a wallet and maxes the cards, conviction restitution may require the thief pay back the sum spent, but not pay for any harm to the credit, or resulting from it.)*

and expenses such as Hospital bills *( Conviction restitution may require a person who assaults another to pay for X-rays of a broken bone, but not the time and opportunity the victim loses while being off work and the pain the incur.)*

V.S. is required and empowered by laws such as the following

( https://www.justice.gov/media/1243761/dl?inline )

*( 18 U.S.C. § 3771) ( 42 U.S.C. §10607)*

//

14

1   If you have ever known anyone who's been a victim of crime, you may have

2   heard of victims services, They cant provide as much as they could. In mid 2020 I did

3   some research that has since been lost, but it can be summed up, the situations have not

4   changed. Be it state or federal, victims are provided two focus areas; Victims services

5   increases the likelihood victims testify. By providing notifications of court appearance

6   responsibilities  (*if you are subpoenaed, your usually going to court, one way or another*),

7   in some instances they accompany victims as moral support and a measure of safety, also

8   providing transportation to depositions and court appearances.

9   Second, being under funded and understaffed; (V.S.) gives general information

10   for services that are not guaranteed (*They choose who receives assistance*).

11   Providing lists of pro-bono and low income legal-aid (brief consultations that

12   may or may not provide legal tool kits having some of the materials requested in the

13   issues of this document  "case law and elements of the crime or tort"(you get what you

14   pay for, so you can imagine its not all inclusive and lacks motivation.)

15   In these instances lawyers may not take cases if they don't appear profitable and

16   victims may not get useful consultations;  Because a person unaware of the finer points

17   of the law may omit (for times sake) or forget to give a specific "element" detail.

18   V.S. also facilitates dispensing government grants for victims (small sums for

19   victims to pay medical, housing and utilities and other varying offerings) and

20   Finally they provide victims with forms to detail those tangible damages (things

21   that you get receipts for). Victims services then provides these forms to the courts. Who

22   upon plea deals or convictions requires the convicted pay these costs as part of their

23   restitution. If convicts pay in full, is a separate matter.

24   //

25   //

15

1    Federal and States jurisdictions have set lengths for the time restitution can be

2    collected for criminal and civil awards.

3    From talking with felons, it can start at conviction (federal caps at 15% of a convicts

4    wages) The length of time a convicted is required to pay varies from state to state,

5    federal can be 10 to 20yrs and some states have terms as short as 5yrs. What this means

6    is in the event of a person owing a restitution amount of $20,000.00 and serving a 3

7    year sentence in prison for a car theft or injury, they in many instances never pay full

8    awarded damages. (becuase of limits on when restitution ends, or other factors)

9    The result is injured parties not being made whole. The issues of this document

10   are not the only ones our justice system faces, Determining why people commit crimes

11   is a matter of greater governance, issues of economics and other factors. Where need,

12   want and conflict result in unethical or law violations. Identifying issues of lack of

13   opportunity causing non inclusive communities and acts of alienation or; ethical, moral

14   and ideological conflict. Priority mismanagement, retaliation, resentment,

15   counterculture, practices stemming from lack of justice (the issues here), ignorance,

16   mental disability and other odd circumstances, is another matter currently entirely

17   beyond my impoverished reach, not even being able to find legal aid for my own issues

18   of victimization and deprivations of rights. I cant say if punishments are fair, but if you

19   were deprived or injured, Id expect you would would want full restitution.

20

21   What I can tell you is that the issues presented would aid V.S. in the facilitation

22   of justice, allowing them to direct people to these services and their use upon creation.

23   A review of what they could do or do better is also at issue.

24   //

25   //

## VII.  LACK OF REPRESENTATION FOR CIVIL LITIGANTS OF SEVERE INJURY AND MENTAL\ DISABILITY. (FEDERAL AND STATE)

There is currently no right to civil legal representation in the United States. Gideons Aid, is not what many believe, it is offered in limited circumstances varying in federal and state courts (housing and family disputes, not civil torts like injuries and damages). What that means is in instances where a person is:

Uneducated, Severely injured to a state of pain/mental illness or Mental disabled, they have little or no options in absence of legal representation. They together are a large overlapping portion of our nation, often without ability to express injury and obtain compensation when injured, already struggling to survive.

**Uneducated**:  [1.] Four in five U.S. adults (79 percent) have English literacy skills sufficient to complete tasks that require comparing and contrasting information, paraphrasing, or making low-level inferences—literacy skills at level 2 or above in PIAAC (OECD 2013). In contrast, one in five U.S. adults (21 percent) has difficulty completing these tasks

**Mentaly Disabled**:  [2.] 59.3 million in 2022; (23.1%) of the U.S. adult population had some mental illness; Young adults 18-25 years had the highest prevalence of mental illness at (36.2%) adults 26-49 years (29.4%) and aged 50 and older (13.9%).

Of the total population Americans with severe mental illness was 15.4 million adults aged 18 or older thats 6.0% of all U.S. adults.  People aged 18-25 years had the highest prevalence of SMI at (11.6%) compared to adults aged 26-49 years (7.6%) and aged 50 and older (3.0%) Without legal representation or services mentioned here, the claims of these people and the people injured to these states of existence either never happen, or are dismissed as frivolous/ failure to state claim, a result of lack of understanding of how to litigate, a performance that even  a  well  educated healthy person would hire a lawyer to do.

1.  Info from the national center for education statistics:  https://nces.ed.gov/pubs2019/2019179/index.asp

2.  Info from National Institute of Mental Health:   https://www.nimh.nih.gov/health/statistics/mental-illness#part_2541

1    I know for the uneducated and some mentally ill, the creation of Issues I. II. III.
2    will address the problems they face in seeking correction of injustices, But for an ever
3    growing population of injured\mentally ill and highly uneducated people on a varying
4    scale of issues, Some will always need legal assistance.
5
6    The problem isnt a question of entitlement. The right to exist with dignity, free
7    from injury and disenfranchisement, is one it would be hard to find an American willing
8    to say shouldn't be their right. So why shouldn't a mentally ill or uneducated person enjoy
9    the same rights as others. For these Americans, petition had not been made or heard. They
10   dont have the right to obtain justice, they get abused and injured and taken advantage of
11   and its allowed, often encouraged, the practice of lawfare defeats uneducated and ill
12   minded people brave enough to ask for justice, likely a few times a day in the courts of
13   our nation, likely more.
14
15   I know asking even for the first three issues is a prayer, but this is a matter where
16   the other option is to allow robbery, bad contract, injury and death to toll the innocent;
17   To make and allow by practice of the courts, these Americans to be helpless and facilitate
18   their torments.
19
20   In this matter the Executive, Legislative and Judicial branches are being asked to
21   initiate data collection and research from federal and state courts, to determine what
22   options are available, to modify court rules and allow early discovery, make arbitration
23   rules, determine whats possible, its an issue that can be expanded.
24
25

18

VIII.   INSURANCE:   BEFORE   QUALIFIED IMMUNITY

Easing burdens,repairing injury, retaining respect.

[asking for research to determine what areas of law enforcement insurance can be required to repair injuries and damages occurring during the performance of duty.]

[This issue is one that is not being asked of today, as you read this, the others are, If you are interested, feel welcome to explore the issue, but it is only considerations.]

I dont believe bringing this issue hear will help these other matters, but I dont believe it will hurt; for bringing a question of solution on a matter I have never heard considered.

When the judiciary in 1967 ( Pierson v. Ray) decided that law enforcers could not do their jobs without immunity, I believe one of the reasons (now a common reason) was that it would occupy too much of an officers time, and prevent them from doing their

jobs, For almost 200yrs before that law enforcers were held accountable for all their errors (since after the civil war). Several factors were likely reason for the decision which I believe was based on an earlier one .. none of those factors were supported with evidence of data or research...but even if they were, nothing says that would be true today. Where Cities PD's already do inhouse complaints and administrative remedy. The question is if it could be done by private insurance to reduce costs and prevent law enforcement from having to investigate the people they have watching their back in events of danger.

I have worked in numerous jobs, in all industry's, there are errors, damages and mistakes. Things dont just break themselves, something had to wear out or someone was at fault, but law enforcement is not an ordinary job. Qualified Immunity leaves these damages and injuries un-repaired ,And requiring enforcers to police themselves requires them to consider the dangers of a disgruntled co-worker. So it was thought, is requiring law enforcement insurance a practice capable of keeping all parties happy, allowing repair, allowing law enforcers to keep their money and dignity

19

1    without creating unreasonable burden?    The issue is accountability, not error,

2    we all know errors happen, but most of us know someone who is perverse, deceitful and

3    deceptive, who leverages the comforts and entitlements of others to their own benefit.

4    The prisons aren't the only place they inhabit, and criminals arent the only ones sneaking

5    contraband in. Im sure there are law enforcers who refuse to go to eat in their patrol zones

6    when their with that one partner, Cops who wear BLM swag because they are pressured,

7    not because they want to. Ones who buy fast cars to shake their tails before heading

8    home.([2,3.] Cop gangs in California are a real thing.)Ones who hate to see a lazy, corrupt

9    servant, rest on their honest good works.. (*and if your curious, most crimes go unsolved.* [4.] *check*

10   *the FBI stats for specifics*).

11       Across the nation, government funded civilian review boards are being created to

12   address issues like the ones found on [1.] Justice.gov , To address cop gangs like the ones in

13   california[2,3.] . Law enforcers have free reign, unreviewable access to run records checks

14   without the citizenship being able to see, a list of issues happen, when these events occur.....

15       If there was a way for outside insurance agencies, to evaluate incidents,

16   injuries and training by state law officials...

17       That could also reduce government spending, wouldn't law enforcers and their

18   communities be happier?

19       Allowing insurance to review incidents and raise the rates of individuals and in

20   severe problem areas, the entire force; would allow good enforcers to confidently act,

21   knowing their partner has their back and know someone else has got it too.

22   Ensuring there's someone to not just pick out the rotten apples, but also bandage the

23   wounds and pay the damages.

24

25

1. https://www.justice.gov/news/press-releases?search_api_fulltext=+police+investigated&start_date=&end_date=&sort_by=search_api_relevance

2. https://en.wikipedia.org/wiki/List_of_LASD_deputy_gangs

3. https://en.wikipedia.org/wiki/Gangs_in_the_Los_Angeles_County_Sheriff%27s_Department

**IX.**    A LACK OF PUBLIC FORUM TO DISCUSS AND RESOLVE ISSUES OF
PUBLIC WORRY AND CRIME OVERFLOW UNADDRESSED.
(FEDERAL, STATE, LOCAL)
[asking for consideration that research be considered, for government or private entities
to create an orderly open public forum for people to address issues of government, crime,
need and wishes.][If you are pressed for time, this is a matter of consideration, not a
request, and is really a pitch not research driven.]


While the city hall, communications with elect and our local churches can give
aid for some issues, They are not anonymous, nor are they always permissive or resolving
of the issues and questions we are faced with. They often give relief, and voice, not
resolution. Churches may assist in finding legal aid, but legal aid for Wyoming isnt being
provided by a parish in Maine, and legal education is not to be found, its begged for here.
City hall may address potholes and street lights, but they cant close down the boiler room
across the street defrauding people out of millions and stealing home titles, the feds cant
either, they're too busy investigating city website ransomware hijackers. Legislators can
make bills to stop people from stealing home titles (by optioning appearance, I.D. and
fingerprint at courthouses) but they cant get your house back.

-- In events of crime and victimization, an orderly topic based open government
forum, allows us to not just rely on filing police reports, talking with scattered
hierarchical support groups, telling the news and churches who cant facilitate swift
communication with other communities.

An open forum creates a larger community with the ability to move as fast as it
can facilitate communication. While being able to debate opportunist who will come
along selling home title insurance; When the money we spend on it could be pooled to

1    fund legislators hiring of private researchers to draft a bill. It doesnt get us our homes

2    back but it does mean others will be more prosperous to aid us in recovery.

3

4    It means that less planned and selfish people prone to complacency in comforts are

5    not rewarded with further easy gains on cheap opportunity and dishonesty at costs to our

6    ethics and communities.

7    - [1]In events of growth, its free speech watered; able to flourish with the light of praise,

8    it doesn't require us to rely on elect, government and already established industry to create our

9    needs or restricting our ability to search out possibility. Imagine if we could discuss future

10   industry growth, not as the news offers us ideas people have designed for us; but among the

11   people who will need new and work new jobs and careers as automation and a.i. is introduced,

12   giving a chance to debate, plan and decide what paths to choose, while reducing the chance of

13   opportunist creating choices for us.

14   Instead of relying idly in things we are growing beyond, we start discussing what we

15   can grow into, with larger possibility in diversity of voices.

16   We cant be afraid to leave what we have in search of more. And if we cant leave what

17   we have in safety; we cant go far. Determining if its possible to operate and beneficial is the

18   question.

19   Without putting all the work on our 7000+- state and 600+ us elect and their staffs,

20   without relying on law enforcement to stop victimization by themselves, or having a select

21   few create what they want for us.

22   It doesn't have to be government operated, its a question of will it make our country better.

23   There is no denying our nation has problems, They are measurable in our ability,

24   opportunity, and comforts to involve ourselves in community, family and personal works, to

25   find solutions for dispute quickly. Or our lack of these and unresolved dispute, inability and

injury, lack of growth and helpless worry.

---

1.  THE IDEA THAT THIS COMMUNICATION COULD ALSO FACILITATE COMMUNITY INVESTING IN BUSINESSES SUCH AS FOOD CHAIN FRANCHISES WITH FRACTIONAL INVESTING AT 50+ INVESTORS COULD GIVE GREAT OPPORTUNITY TO ALLOW FURTHER OPPORTUNITY.

22

## X· PERCEPTIONS , INJURIES, and INTENT

In my youth I heard stories of failings of law and the courts, people failing in litigation and owing hundreds and thousands in expenses (depositions, experts, fees, etc.). At a young age curious about what was illegal and legal, I learned that law books are not at public library's ... and there was no reason to be around a bunch of law enforcers to get a glimpse at one. I knew it was an issue, and there it lay. The public was not (is not) formally introduced to the law (another matter); or educated in use of the legal system and operations of the courts, leaving them entirely in control of the judiciary and law enforcement (to choose what they pursue and ignoring the civil sides shortfalls).   I could tell plenty stories .. about the long list of minor injustices, (I have been) given by the judiciary and courts, law enforcement, members of the communities I have lived in and trivial struggles, detailing the inabilities of our nation to uphold the law, but have opted to not... To simply say I have ..

**INTENT**

Faith in works, absent the need or requirement of a supreme beings existence, and regardless of it. Because work produces results, when not hindered or destroyed.

I hope you will give these matters the time they deserve, considering; We should not be working towards prosperity and peace in our way of governance, we should be refining it. These practices by the US in its courts are as injurous as vagrant laws of the past; laws that moved people from land to land and forced them into labor camps and housing, similar to slavery and ignorant of concepts of justice and equality... We are already supposed to have justice for all. Americans are entitled to it. Without liberty and justice for all, we are simply a different mechanism of governance than other nations. (Nations who the US have told could not govern their citizens the way they sall fit.) The facts of wars and the reasons behind them not being argument here.

X· PERCEPTIONS , INJURIES, and INTENT

1   Other nations are not at issue, this governments actors errors are. Where the question

2   of who to deprive and in what measure: is either in alignment with our nations

3   ideology and values or its not; correction to these matters is needed and the

4   deprivations are neither reasonable nor justifiable for the USA.

5

6   So I hope we can acknowledge these failings have harmed the innocent and most

7   venerable, furthering their victim hood and created victimization in communities

8   across the nation. That we can move on to a greater respect for each other in finding resolution.

9

10   XI.    ELECT AND PUBLIC: HOW TO REPLY

11   If your an electorate, use the docket, there is a legal department that can direct you if

12   you need assistance, Members of the public can file notice with the court. (stating

13   vested interests as a party to the case.) If you run into any questions or trouble; use the

14   contact info.)

15

16

17   XII.    CONTACT INFO

18   NICHOLAS WOODALL

19   PO BOX 194

20   TEMPERANCE MI. 48182

21   771-241-4590

22   STEWARTJ4022000@GMAIL.COM

23

24

25