# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5259**  **September Term, 2024**

1:25-cv-00112-UNA

Filed On: July 17, 2025 [2125962]

Nicholas Woodall,

    Appellant

  v.

Donald J. Trump, President, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the district court's resolution of the pending post-judgment motion for reconsideration. See Fed. R. App. P. 4(a)(4)(A)

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
        Laura M. Morgan
        Deputy Clerk