NICHOLAS WOODALL
771-241-4590
Po box 194
Temperance Mi 48182
stewartj4022000@gmail.com

IN THE FEDERAL COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETITIONER<br>NICHOLAS WOODALL | CASE: 1:25-CV-00112<br><br>NOTICE FOR THE DRAFT<br>AND BREIF<br>HONERABLE JUDGE MEHTA<br><br>7/24/2025 |

PETITIONED/

PRESIDENT DONALD J. TRUMP;

SPEAKER OF THE HOUSE;

PRESIDENT PRO TEMPORE OF SENATE;

THE SUPREME COURT

OR DEFENDANTS

THE UNITED STATES OF AMERICA

(THE U.S. ATTORNEY GENERAL)

(THE U.S. ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA)

### NOTICE ON THE DRAFT AND BRIEF

1. The Draft and Breif are not complete, but for the sake of time I have decided to
2. provide them to you for your review where the Appeals court has stayed proceedings
3. until your reconsideration is made.
4. 
5. I believe I would have benifited from your perspective given only the
6. reconsideration info, however as stated, time is an issue and your research and my
7. integrity and argument are aided in this issue where I can not measure your position
8. and avoid delay.
9. 
10. So please give the attached documents being incomplete, the due consideration and
11. ask for clarification on any issues or argument you find lacking.
12. 



RECEIVED
JUL 25 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Also asking you forgive the tactical approach in my reconsideration filing and hope this task; this case, is one of the a rare occasions where you are able to take some pleasure in doing this job. A matter where I believe, it is simply the due course of improving the workings of the nation; arguably enjoyable compared to your normal case work.

Instead of reading about injuries and damages, your reading foundational documents relating to the very framing of what entitles an American to shape and change their government, its constructs and empower themselves with liberties and governance of their choosing.

RESPECTFULLY SUBMITTED BY NICHOLAS WOOODALL ON 7/25/2025

SUBMITTED TO THE DISTRICT OF COLUMBIA US COURTS BY EMAIL TO ITS DCD_INTAKE@DCD.USCOURTS.GOV  EMAIL