EXHIBIT b

A ROUGH DRAFT OF THE APPEAL TO BE FILED,

INCLUDING THIS COVER SHEET CONSISTING OF 16 PAGES

CASE 1:25-112

WOODALL PETITION OF THE PRESIDENT, US CONGRESS, SUPREME COURT; ET AL.

IN THE US COURT OF APPEALS
OF THE DISTRICT OF COLUMBIA

Nicholas woodall
*Petitioner*

in

PETITION FOR REDRESSING OF GRIVANCES

CASE NUMBER: 1:25-112

President Trump; US Congress; Supreme Court; et al.
*petitioned*

7/10/2025

## ROUGH DRAFT OF APPEAL

1. This appeal is being filed because of an order in case 1:25-112 [dated X/X/2025] closed the
2. case where a failing of clarification or refusal to acknowledge a fundamental right of free
3. speech was requested:
4. The right to formally "petition for redressing of grievances" of the elect in the courts,
5. similar to the "Olive Branch Petition of 1775"; As a form of communication and political
6. discourse. The reasons for this contact approach, Asking the elect to respond and debate in
7. the courts; as opposed to emails, letters, or C.W.C.[1] are discussed later. The petitioning's
8. purpose is to present several grievances in government to the " Three Branches"
9. representatives in their official capacity; To do this in public docket
10. (Pacer) encouraging peer review, open government and due course response. The petition
11. has been posted to the docket, the parties being petitioned have been notified non-
12. formally; Because service was not approved by the judge, or mentioned.
13. " I believe the right to formally petition the government "in the courts" is an "understood",
14. A Constitutional entitlement to use the forum of the courts for debate; to ensure
15. communicational clarity with the elect.
16. Entitled by several constitutional rights.
17.
18. They are argued following
19.
20.
21.
22.
23.
24.
25.

---

1. C.W.C or Communicating With Congress is a platform for communicating with House and Senate members and committees for lobbying, advocating, seeking contracts, etc.

**GROUNDS FOR REVERSAL OF ORDER CLOSING THE CASE ARE AS FOLLOWS:**

1. **The "petition" or "Notice" was not filed as a claim;** it was initially attempted to be filed as a miscellaneous notice, but the clerks refused to accept it as notice or miscellaneous and this resulted in it being filed with a fee waiver. Despite it clearly being fashioned as a formal letter not an argument. [see initial filing]

Judge Boasberg either did not consider this or ignored it in his review and; when instructed to amend the petitioning as complaint it resulted in the two separate issues being presented [issue z and issue y]

That is not of relevance here where it is being clarified and requested to be treated as a petition similar to the Olive Branch Petition.

//
//
//
//
//

//

//

//

**3. The Right** to "petition" for redressing of grivance in the courts was established by the "olive branch petition 1775". In the context of the link cited[2]; "two men presented the petition on September 1, to British Colonial Secretary Lord Dartmouth. Penn and Lee informed congress that they had pressed Lord Dartmouth for an answer and were told "that as his Majesty did not receive it on the throne, no answer would be given." By this time the "By the King, A Proclamation, For Suppressing Rebellion and Sedition" (1775)" had been made.

[First Amendment]The right to freespeech, to petition and assemble shall not be abridged; The concept of the right to formally file grievances in the public courts for debate is supported by several concepts of our constitution and democratic open government. These reasons following detail or question: If an American has the right to formal open debate with the government representatives in the public venue of the courts.

**A. The judge offered no case law.** No case law (I am aware of) or rule of the courts exists stating a "petition" for redressing of grievances to the elect and to assemble the people can not be filed in the courts.

**B. JURISDICTION:** The petitioned are "Noticed" "in this court" because: Pacer gives a publicly viewable dockets.

No caselaw or grounds has been presented to show this "Olive Branch" style petition of the 3 branches can not occur in this court and all petitioned parties are federal entities.

---

2.   https://www.nps.gov/articles/000/the-olive-branch-petition.htm

**C. THE ELECT:** are not being sued in individual capacity; but noticed and requested to debate or take action in a matter of their power to address. It is not asked they be compelled or summoned, only that they are formally noticed of the petitions existence and location, a piece of mail they can ignore if they choose to.

This practice of assembly and free speech in the venue (the court docket) does not to my knowledge cause any undue or unfair burden to the elect (or petitioned) in any manner know. Where most of the petitioned solicit and accept communications from the public, not just their constituents. This is simply a new and/or old and novel way to communicate, on a platform that reduces confusion in communications, and facilitates open government, giving law makers and voters another tool in decision making.  Further there would be no burden to the court who determines appropriate fees. As such it should be a right understood.

**D. 9th amendment** *"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."*
The 9th and 1st Amendments are arguable in this;   they are cemented in the founding documents [OBP 1775; DoI 1776;] and give entitlement to this type of petitioning and assembly.

This right of this previously (or unknown to me) unused venue to petition for redressing of grievances is perspectively and positionally similar to the thinking of [Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980)] showing a public right to access to the courts and documents relevant to public matters, even to the extent an American has a right to use them in the manner I have sought to do.

*Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980)"[Footnote 13]"1 Annals of Cong. 731 (1789). Since the right existed independent of any written guarantee, Sedgwick went on to argue that, if it were the drafting committee's purpose to protect all inherent rights of the people by listing them, <u>"they might have gone into a very lengthy enumeration of rights," but this was unnecessary, he said, "in a Government where none of them were intended to be infringed." Id. at 732."</u>*

The novelty and public nature of this approach of assembly and accountability in redressing grievances (or ignoring them) places the petitioned (elect); in a situation where they must determine if they ignore or respond and face public scrutiny; where their response is recorded to show their knowledge or lack of. A show of perceptions and positions in a permanent record, is of the most open democratic value and debatably the core of a democracy.

A **1st amendment** right, where here no abridging of the petition method weights against the most awesome duty of this government to facilitate freespeech and petition of redressing of grievances.

If this venue of assembly is denied, which offers no place to hide or stonewall, where answers and avoidances are for the voting public to scrutinize, what other liberties might be removed next?

 *[id.][Footnote 13] "[T]herefore it is well to guard against such stretches of authority, by inserting the privilege in the declaration of rights. <u>If the people could be deprived of the power of assembling under any pretext whatsoever, they might be deprived of every other privilege contained in the clause." Ibid. The motion to strike "assembly" was defeated. Id., at 733."</u>*

*"[Footnote 14] It is, of course, true that the right of assembly in our Bill of Rights was, in large part, drafted in reaction to restrictions on such rights in England. See, e.g., 1 Geo. 1, stat. 2, ch. 5 (1714); cf. 36 Geo. 3, ch. 8 (1795)."*

Such as the kings courts refusal to acknowledge or address complaints [Deceleration of Independence 1776]

"*He has refused his Assent to Laws, **the most wholesome and necessary for the public good**.*"

Here the fundamental practices of the courts are questioned as clearly deprivational or bias; and at the core of the practices is courts failure to state claim; where determination of injury is not performed, but a notice to an injured person that they have failed to perform to the courts requested level of practice and the court will not aid in determining or obtaining compensation for them.[not directly mentioned and not currently argued as I was attempting to address what I could state definitively]

*448 U.S. 555 (1980) "[Footnote 14] The Constitution guarantees more than simply freedom from those abuses which led the Framers to single out particular rights. **The very purpose of the First Amendment is to guarantee all facets of each right described; its draftsmen sought both to protect the "rights of Englishmen" and to enlarge their scope.** See Bridges v. California, 314 U. S. 252, 314 U. S. 263-265 (1941).*

*[Footnote 14 continued]"There are no contrary implications in any part of the history of the period in which the First Amendment was framed and adopted. No purpose in ratifying the Bill of Rights was clearer than that of securing for the people of the United States much greater freedom of religion, expression, assembly, and petition than the people of Great Britain had ever enjoyed."*

1. *448 U.S. 555 (1980)"[Footnote 15]*
2. *Madison's comments in Congress also reveal the perceived need for some sort of constitutional*
3. *"saving clause," which, among other things, would serve to foreclose application to the Bill of*
4. *Rights of the maxim that the affirmation of particular rights implies a negation of those not*
5. *expressly defined. See 1 Annals of Cong. 438-440 (1789). See also, e.g., 2 J. Story,*
6. *Commentaries on the Constitution of the United States 651 (5th ed. 1891).* ***Madison's efforts,***
7. ***culminating in the Ninth Amendment, served to allay the fears of those who were***
8. ***concerned that expressing certain guarantees could be read as excluding others."***
9.
10. *[Pp. 448 U. S. 579-580. (1980) ] "(b) The freedoms of speech, press, and assembly, expressly*
11. *guaranteed by the First Amendment, share a common core purpose of assuring freedom of*
12. *communication on matters relating to the functioning of government. In guaranteeing*
13. *freedoms such as those of speech and press, the First Amendment can be read as protecting the*
14. *right of everyone to attend trials so as to give meaning to those explicit guarantees; the First*
15. *Amendment right to receive information and ideas means, in the context of trials"..."*
16. ***"Moreover, the right of assembly is also relevant, having been regarded not only as an***
17. ***independent right, but also as a catalyst to augment the free exercise of the other First***
18. ***Amendment rights with which it was deliberately linked by the draftsmen."...***
19. *(c) Even though the Constitution contains no provision which, by its terms, guarantees to the*
20. *public the right to attend criminal trials, various fundamental rights, not expressly*
21. *guaranteed, have been recognized as indispensable to the enjoyment of enumerated rights.*
22. *.... important aspects of freedom of speech and of the press could be eviscerated."*
23. And also here; the right to petition for redressing grievances, to debate and assemble by
24. show of response or lack of. The ability to pressure the government or remove them for
25. failure to submit to the rules and wishes of the voters is our governments founding principle.

1    The idea that elected and selected can be pressured and accountable to;
2    acknowledge problems, people and entities who may not be convenient for their political
3    or ethical views. Is I think where the entitlement stands.
4    Where a venue that creates opportunity to communicate ensures healthy practice
5    of democracy, no good cause exists to restrict healthy and honest communication.
6    Either fault will be found in the issue, the petitioner, the petitioned or the
7    practice of governance resulting in deprivation... No matter what the issue the people
8    arguably hold the right where the 9th amendment would show favor to this
9    unconsidered use of the courts to express 1st amendment practices.
10
11
12    **E. Public Access to the Docket Promotes Transparency:**
13    Petition in this manner ensures;  No fancy chants or costs to organize and
14    assemble, just a recitation of the case number is required to show argument, research
15    and data. It enables the citizens to monitor issues being considered and weight in
16    consistent with democratic principles and the peoples wishes.
17
18    Further; There are several issues of politics, opinion and interests involved in
19    these matters (or any that could change the workings of government). True bravery or
20    absolute ethics are rare and as such, Possibilities for  errors and deceptive practices
21    happen in government offices. From avoidance to lies and operations to hide the lies. For
22    the sake of feelings and politics (for time and staffer ability). Its just what politicians (and
23    their staff) do, they govern the best they can or see fit.
24
25

The Elect, Government officials and their staffers can not always be trusted, be it a big matter such as this or a small matter where the office just ignores it and moves on to something bigger.

**F. So to prevent any undue delay or obstruction,** this petition is the only route. The following are some notable recent instances of government staff and elect caught in mistake, improper behavior or illegality and a few issues I have run in to with staff as a common practice. All showing that error intentional or unintentional can occur and this venue circumvents many of the issues of disgruntled staff and elect or official.

1. **Roe v. Wade Draft Opinion Leak (2022)** – Supreme Court

Incident: A full draft opinion in Dobbs v. Jackson Women's Health Organization, which overturned Roe v. Wade, was leaked to Politico before the decision was officially announced. the leaker was not publicly identified despite an internal investigation.

Source: SCOTUS statement (Jan 2023)

https://www.supremecourt.gov/publicinfo/press/pressreleases/pr_01-19-23

2. **House IT Scandal (Awan Brothers, 2017)**

Incident: Imran Awan, an IT staffer for multiple House Democrats, was accused of mishandling sensitive government data and improperly accessing servers. Awan later pleaded guilty to unrelated bank fraud, but no espionage charges were filed.

Source:   https://www.csoonline.com/article/565098/no-congressional-background-check-for-it-contractor-charged-with-fraud.html

[the link includes a case number] [[[The DOJ made a Press Release but the links are broken]]]

3.     **Longtime Director of Security for the Senate Select Committee on Intelligence** Accused of Lying to FBI About Repeated Contacts with Reporters. James A. Wolfe had leaked documents to reporters.

Source: https://www.justice.gov/usao-dc/pr/former-us-senate-employee-indicted-false-statements-charges

4.     **The US Congress has a known practice** of using staffers as walls when avoiding issues or choosing to de-prioritize issues that could be seen as politically deaf, controversial or effecting their elect-ability. This practice of petitioning in the courts removes any confusion about the details of communications or the petitioned position's. (avoidance and dishonesty in simple matters. Recordings of these practices can be produced if necessary.)

5.     **Poor staffers**: Just weeks ago I recorded a phone conversation with a US congressional office; the staffer, an unpaid intern (many fresh out of college with no common adult experience) said they were taking notes. After a 5 minute back and forth, I gave them my contact info, they confirm they got it and when asked, could not repeat it back (not the first time this has happened)(It is a common practice where staffers let people vent)(no reply has been received)

6.     **Staffers and Elect lie**: They might say an issue is "on the calender" for research or drafting. So you run back and tell people, "no need to get out in the streets, they agreed to help. Then when time comes they pass or say something came up; I believe its called stonewalling. What better a way to avoid any unwanted political fallout than to keep the issue in the filing cabinet. Not very democratic, but a practice I can most notably credit to Rual Grijalva Az whos staff (and Ruben Gallego Az in 3 town halls;) told (me) they (he)

would research creating official language translations of US laws and posting signs at ports of entry... A humanity performed by no public or private legal entity I am aware of, despite accommodation entitlements in education, health and gov. services.

7. **Staffers are trained to ignore (some) mail and generally act dishonestly (in constituent communications[3])**: They will often say they get hundreds or thousands of emails every day, Congressional staffers often send out generic responses to letters. They have pre-written generic reply statements for most topic you can write in about, for matters they dont have or cant make an answer for; they send a generic response. Accompanied by an auto pen franking of the electorates signature.

It is franked "horse mail" (named after the practice of US Congress have their staffers sign their name for delivery of horses and property to and from D.C.)

I can show several generic response letters and genuine requests.

8. **Numerous other events** of simple and improper acts by staff and service members of the government could as easily support this venue:

The secret service failing in butler;  Jackson Cosko – Senate IT Aide and Doxxing Scandal (2018);Ruben Verastigui – GOP Senate Staffer Convicted of Child Porn (2021);Van Taylor Staffer Affair Scandal (2022); Timothy Hysom (Defacing Capitol Property); Katie Hill (D-CA) – Inappropriate Staff Relationship; Eric Swalwell (D-CA) – Inappropriate Sexual Relationship (removed from intell committee, even if only for the lack of due diligence in his sexual promiscuity); Patrick Henry College Intern Scandal (Hill Intern Pipeline – 2022); Rep. Blake Farenthold (R-TX) – sexual harassment claim settled for $84,000 of taxpayer money;Rep. Madison Cawthorn (R-NC) – "Cocaine-Fueled Orgies" Allegation (2022) ; Senate Sergeant-at-Arms Office – Internal Probe (2023) Providing personal security services in vehicles designated for senate use.

---

3. Dishonestly may be an improper positioning, or word use; but tactical decision making and less than complete honesty and blunt directness is dishonesty, its intent is not relevant to these contexts or considerations.  https://ballotpedia.org/Misconduct_in_American_politics_(2021-2022)    shows some further notable events

The list could continue, but its fair to say that these offices arent always filled with the best the country has to offer. To support that statement: 1 half of the 600+ elect in Congress would argue the party they dont belong to is unreasonable in their thinking,

So I believe its fair to say that a persons politics or background might result in unfair undemocratic treatment[4] from the elect who represent a party not just their constituents and country.

**9. To ensure their is no confusion in communication or filings,**

considering that I have persistent and ongoing malicious computer activity.

For example: The notices of acknowledgment and service filed under docket have been noted.

These documents have been repeatedly altered (I performed a final read upon completion and did not reread them before sending them).

(IC3.gov ,CISA and local law enforcement are not able to or designed to help in these matters.)

*G. HERE THE JUDGE SHOWED NO AKNOWLEDGEMENT OF THE RIGHT ARGUED, LIKELY FOR CONFUSION; OR REFUSAL TO DO SO.*

*"Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980) "d). With respect to the closure order in this case, despite the fact that this was the accused's fourth trial,* **t*he trial judge made no findings to support closure; no inquiry was made as to whether alternative solutions would have met the need to ensure fairness; there was no recognition of any right under the Constitution"***

---

4.Such as if a Democrat saw my Gun charges; a Republican saw my drug charges; or for my advocacy acts, or a number of other reasons.

**H.    10th Amendment grounds** *"The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people."*

The matter that; until this point the courts have not seen this type of assembly and petitioning does not mean it is a right barred to the people.

The powers and limitations of the III. article of the constitution (the Judiciary) do not show that; in this matter the judiciary can restrict use of the courts for communication and assembly.

**I.    The 9th and 10th would arguably say it rests squarely in the rights of the 1st** and the matter is not of the courts right to restrict, but to necessarily, facilitate and regulate it by appropriate rules, procedures and fee schedules. (until the right is removed by state and federal elect.)(not dissimilar from filing or depositing a will in the courts pre death to ensure its message being unaltered or disputed.)

Its not far fetched to believe this right to assemble and debate by petitioning in the courts, is not exactly what the founders would have approved of; that this form of formal petitioning of grievances in a public forum is the unavoidable, undeniable form of communication they would applaud.

The substance of the complaint is not of issue, only the right to do so.

So If you rule against I must urge you show your grounds for doing so, or avoiding.

Respectfully submitted by Nicholas woodall          on 7/10/2025

PROPOSED ORDERS

I.      The court orders this case to reopen, it shall remain open to allow filing by the petitioner and the petitioned and to allow party amending under all applicable civil rules.

II.     The court approves the petitioners [Notice and Aknowledgement of Service] for service. [If you do not wish to draft this document, one is being written.]

III. The Clerk of the Court is ordered to waive all fees related to the petitioned filings in response to this docket

[OF NOTE:  edits related to the content of the petition

Of note, if you find some cause to question if the petitions substance has merit, I will save you some time... mentioned are several matters of deprivations that either frustrate or completely prevent self represented litigation by poor or mentally injured Americans; Not dissimilar to vagrant; slavery; equal rights; marriage; personal choice; etc., laws that have effected or been neutral for the American public, but absent ethical foundations of equality and liberty.

In the matters presented and other matters of the courts, the nation accepts that an injured person is not entitled to compensation, without consideration for the injured or the community impact of allowing victimization. (For example, several states "allow" the mentally disabled to bring suit against injury or damage if their disability heals and they can make claim conforming to the expectations of the courts in practicing law; this practice accepts they may never be compensated if their injury or disability never heals. It is a concept of greater good founded in inconsideration, arguably flawed and not consistent with the abilities of our times and government.)

 The court knowing of these deficiencies has allowed them to exist; without any open forum to the public asking opinion or to debate the reasons for these deprivations and why they are acceptable. and so the matters unaddressed were presented in this court of public view so the people can see what the elect and supreme court have to say, or ignore.]

D. 9th amendment "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."

The 9th and 1st Amendments are arguable in this;   they are cemented in the founding documents [OBP 1775; DoI 1776;] and give entitlement to this type of petitioning and assembly.