EXHIBIT a

A ROUGH DRAFT OF BREIF OF THE APPEAL TO BE FILED,

INCLUDING THIS COVER SHEET CONSISTING OF 8 PAGES

CASE 1:25-112

WOODALL PETITION OF THE PRESIDENT, US CONGRESS, SUPREME COURT; ET AL.

IN THE COURT OF APPEALS
OF THE DISTRICT OF COLUMBIA

Nicholas woodall
*Petitioner*

President Trump; US Congress; Supreme Court; et al.
*petitioned*

in

PETITION FOR REDRESSING OF GRIVANCES

CASE NUMBER: 1:25-112

7/10/2025

## BREIF OF GROUNDS FOR APPEAL

1. The following is the petitioners (plaintiffs) statement quest appeal; a seperate draft appeal
2. is attached which gives further persuasion in incomplete form.
3. 
4. Citations are as follows:
5. The [Magna Carta of 1215]
6. The [English Bill of Rights 1689]
7. [Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980)]
8. III. article of the constitution (the Judiciary) [section 2]
9. DeJonge v. Oregon, 299 U.S. 353 (1937) @364
10. United States v. Cruikshank, 92 U. S. 542, 92 U. S. 552
11. Brandenburg v. Ohio(1969)
12. 
13. 
14. 
15. 
16. You are requested to grant appeal to do the following:
17. 
18. 
19. I.    To remand this back to the District Court ordered; an open docket allowing
20. continued filings. [proposed order is ~~attached~~]
21. II.   Approve the following document for service. ~~[Notice and Acknowledgment of~~
22. ~~Service; attached]; [a proposed order is attached.~~]    and;
23. III.  Waive fees or Approve a proper fee for docketing the petitioned responses if any.
24. 
25.

The following is a statement on why I believe I am entitled to an appeal,

First this case is not a civil claim. What I have done is, file a formal petitioning for redressing of grievances in the publicly viewable docket (Pacer has a registration and pay wall but it is still public).

    This is a formal petitioning in spirit and entitlement foundational to a democracy's core practice of open communication and the right to do so without abridging.

    Its time, place, and manner of assembly and speech; all very reasonable in its consideration. (There is no asked burden of obligated response and the petition places no further burden upon the petitioned than they already accept and perform; in communications with constituents, where mailing responses is payed by the Congressional and Presidential Offices) and despite its rare or never used approach in US government communications. It is established by a long history of English common law practice to appeal to the sovereignty, the KING (now the 3 branches) and further strengthened by the rights endowed by the creators and founders of this nation. (The 1st;9th;10th and possibly the 7th amendments).

    The Judge erred in denying the right to pursue response in this petition by treating this petition for redressing as a claim and closing the case. Order dated [xxx/xx/2025]

    It also prevented the parties petitioned from being served formally and filing a response should they see fit or be pressured by the people to respond to an issue they believe the petitioned (government elect and select) should address.

While some malicious computer activity resulted in some confusing language, Two issues were presented A request to serve a petition issue z and an arguement issue y.

The order in absence of understanding or simply ignoring the professing that the claim is no claim, but a petition for redressing of grievances never addressing the right asserted.

The following statements and citations show the right is established; and if it is not, should be established; as its conducive to healthy communication and a democratic / republican government, such as ours.

It is established and demanded of; for more than 3/4 of a millennium thru English common law and the humanities and liberties established by them.

The [Magna Carta of 1215]

*"40. To no one will we sell, to no one will we refuse or delay, right or justice."*

*"61. who shall be bound with all their might, to observe and hold, and cause to be observed, the peace and liberties we have granted and confirmed to them by this our present Charter, so that if we, or our justiciar, or our bailiffs or any one of our officers, shall in anything be at fault towards anyone, or shall have broken any one of the articles of this peace or of this security, and the offense be notified to four barons of the foresaid five and twenty, the said four barons shall repair to us (or our justiciar, if we are out of the realm) and, laying the transgression before us, petition to have that transgression redressed without delay."*

This first establishing of the right to "complain" about undue and unjust hardships and request correction was followed by the

 [English Bill of Rights 1689] approximately the 21st notation or phrasing:

*"That it is the right of the subjects to petition the king, and all commitments and prosecutions for such petitioning are illegal;"*

[id. 29th notation] *"And that for redress of all grievances, and for the amending, strengthening and preserving of the laws, Parliaments ought to be held frequently."* These establishing the right to petition, in the Monarchy's time it was to the King Sovereign, in the courts, in ours it is the courts also, where the public have view.

The practice is further entitled as its established; or as a renewed novel method for advocating and petitioning the government by;

The 9th amendment giving this right where *"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people."*

The 9th and 1st Amendments are arguable in this; they are cemented in the founding documents [OBP 1775; DoI 1776;] and give entitlement to this type of petitioning and assembly.(especially when it is controversial in its questioning of the government empowered by the people.)

This right of this previously unused (or unknown to me) venue to petition for redressing of grievances is perspectively and positionally similar to the thinking of [Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555 (1980)] *[Footnote 13]*

*"they might have gone into a very lengthy enumeration of rights,"* but this was unnecessary, he said, *"in a Government where none of them were intended to be infringed." Id. at 732."*

Showing a public right to access to the courts and documents relevant to public matters, even to the extent an American has a right to use the courts in the manner I have done.

[id. footnote 13] *"If the people could be deprived of the power of assembling under any pretext whatsoever, they might be deprived of every other privilege contained in the clause."*

1  In regards to the right to petition for redressing of grivances, the 9th amendment and
2  10th support that new ideas and methods of communication (such as this) should be
3  permitted until grounds for denying the right are shown or law is passed to limit or
4  defeat the right as practiced in this court.
5
6  448 U.S. 555 (1980)"[Footnote 15]
7  *Madison's comments in Congress also reveal the perceived need for some sort of*
8  *constitutional "saving clause," which, among other things, would serve to foreclose*
9  *application to the Bill of Rights of the maxim that the affirmation of particular rights*
10 *implies a negation of those not expressly defined. See 1 Annals of Cong. 438-440 (1789).*
11 *See also, e.g., 2 J. Story, Commentaries on the Constitution of the United States 651 (5th*
12 *ed. 1891).* ***Madison's efforts, culminating in the Ninth Amendment, served to allay the***
13 **fears of those who were concerned that expressing certain guarantees could be read**
14 **as excluding others."**
15
16 **10th Amendment** grounds *"The powers not delegated to the United States by the*
17 *Constitution, nor prohibited by it to the states, are reserved to the states respectively, or*
18 *to the people."*
19         The matter that; until this point the courts have not seen this type of assembly and
20 petitioning does not mean it is a right barred to the people, it is reserved to the people.
21 The powers and limitations of the III. article of the constitution (the Judiciary) do not
22 show that; in this matter the judiciary can restrict use of the courts for communication
23 and assembly. But if my understanding is correct, You may and should necessarily,
24 facilitate and regulate it by appropriate rules, procedures and fee schedules, to ensure no
25 undue burden on the clerks in filing or the courts in financial strain.

III. article of the constitution (the Judiciary) [section 2] *"and Treaties made, or which shall be made, under their Authority"; [id.] "to Controversies to which the United States shall be a Party"* Here the representatives of the U.S. are petitioned in their official capacity and would accordingly respond as representatives of the Nation.

Its not far fetched to believe this right to assemble and debate by petitioning in the courts, is not exactly what the founders would have approved of; that this form of formal petitioning of grievances in a public forum is the unavoidable, undeniable form of communication they would applaud.

The substance of the complaint is not of issue, only the right to do so.

So If you rule against I must urge you show your grounds for doing so, or avoiding and refer this case to the proper court for a determination.

Respectfully submitted by Nicholas woodall          on 7/10/2025

The following US caselaw supports this practice of filing grivances and requesting response filed in the courts by the 3 branches (the government elect and select)

DeJonge v. Oregon, 299 U.S. 353 (1937) @364 "  *"The very idea of a government, republican in form, implies a right on the part of its citizens to meet peaceably for consultation in respect to public affairs and to petition for a redress of grievances.""* @364-365 "   *"These rights may be abused by using speech or press or assembly in order to incite to violence and crime. The people, through their legislatures may protect themselves against that abuse. But the legislative intervention, can find constitutional justification only by dealing with the Page 299 U. S. 365 abuse. The rights themselves must not be curtailed. The greater the importance of safeguarding the community from incitements to the overthrow of our institutions by force and violence, the more imperative is the need to preserve inviolate the constitutional rights of free speech, free press and free assembly in order to maintain the opportunity for free political discussion, to the end that government may be responsive to the will of the people and that changes, if desired, may be obtained by peaceful means. Therein lies the security of the Republic, the very foundation of constitutional government"*

also Citing  United States v. Cruikshank, 92 U. S. 542, 92 U. S. 552:

Brandenburg v. Ohio(1969) stricking down Ohio's syndicalism act, protecting speech; and other cases stricking down 1920's red scare laws also detail how freespeech and assembly are the very core of a democracy and to eliminate the right to do so would defeat the very practice of democracy.

This case law tells us that the 1st amendment shall not be abridged, that this courts a very reasonable place to hold communications and debates, that aids the power of the press and assembly in giving the people a chance to see the arguments and responses of the people petitioning and the petitioned. Where no forum or venue could be more conducive to healthy government than to ensure grievances, data, research and opinion are publicly viewable beyond most practices of advocacy today.