NICHOLAS WOODALL
771-241-4590
Po box 194
Temperance Mi 48182
stewartj4022000@gmail.com

IN THE FEDERAL COURT OF THE DISTRICT OF COLUMBIA

CASE: 1:25-CV-00112

PETITIONER
NICHOLAS WOODALL

EMERGENCY EXPEDITING REQUEST

HONORABLE JUDGE MEHTA

7/28/2025

PETITIONED/

PRESIDENT DONALD J. TRUMP;

SPEAKER OF THE HOUSE;

PRESIDENT PRO TEMPORE OF SENATE;

THE SUPREME COURT

*OR DEFENDANTS*

THE UNITED STATES OF AMERICA

(THE U.S. ATTORNEY GENERAL)

(THE U.S. ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA)

### EMERGENCY EXPEDITING REQUEST

1. If it is possible; (considering you may have to order materials from the National Archives,
2. or other Federal depositories) and because I am experiencing increasingly burdensome
3. malicious activity and financial burdens. Without detailing them, you are asked to perform
4. an expedited review of the most recently filed documents in consideration of the motion to
5. reconsider and to ensure any docket or material requests dont unduly delay practice of the
6. right to petition asserted. Also if you are not up to this task, please immediately refer this
7. back to the Appeals court. (I believe this request for expediting is warranted also because:
8. The matters petitioned for effect a large portion of pro-se federal litigants in the issues
9. I.COURT LAW LIBRARY INACCESSABILITY; II. RESTRICTED DOCKET ACCESS
10. PREVENTING LAW RESEARCH AND LITIGATION; III;IV;V;VII. [initial filing]
11. Respectfully requested        by NICHOLAS WOODALL    on 7/28/2025
12.
13.

SUBMITTED TO THE DISTRICT OF COLUMBIA US COURTS BY EMAIL TO
ITS DCD_INTAKE@DCD.USCOURTS.GOV  EMAIL

1 of 1

RECEIVED
JUL 28 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia