UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICHOLAS WOODALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-00112 (UNA) |
| | ) | |
| DONALD J. TRUMP *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Nicholas Woodall has moved timely under Rule 59(e) of the Federal Rules of Civil Procedure for reconsideration of the June 17, 2025 Order dismissing this case, ECF No. 20; *see* Mem. Op., ECF No. 19 at 1 (describing the operative pleading as "a chockablock amended 'petition for grievances'"). A court may exercise its discretion to grant a Rule 59(e) motion upon finding that "there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (per curiam) (cleaned up). "A Rule 59(e) motion to reconsider is not simply an opportunity to reargue facts and theories upon which a court has already ruled." *New York v. United States*, 880 F. Supp. 37, 38 (D.D.C. 1995).

Woodall does not provide any legal bases on which to grant his Motion for Reconsideration. Nor does his proposed second amended complaint, ECF No. 21-1, cure the defects of his earlier complaint. *See* Mem. Op. at 1-3. Accordingly, it is

**ORDERED** that the plaintiff's Motion for Reconsideration, ECF No. 21, is **DENIED**, as is his Emergency Motion to Expedite, ECF No. 26. The Clerk shall transmit this order promptly to the Court of Appeals.

Date: September 25, 2025

_____/s/_____
DABNEY L. FRIEDRICH
United States District Judge